JUDGE BERMAN

14 CV 3042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rio Tinto plc,

Plaintiff,

v.

Vale, S.A., Benjamin Steinmetz, BSG
Resources Limited, BSG Resources (Guinea)
Ltd. aka BSG Resources Guinée Ltd, BSGR
Guinea Ltd. BVI, BSG Resources Guinée
SARL aka BSG Resources (Guinea) SARL aka
VBG-Vale BSGR Guinea, Frederic Cilins,
Michael Noy, Avraham Lev Ran, Mamadie
Touré, and Mahmoud Thiam,

Defendants.

Civil Action No.



RECEIVED APR 30 2014 U.S.D.C. CASHIERS

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Plaintiff Rio Tinto plc ("Rio Tinto") discloses that Rio Tinto is a publicly-held United Kingdom corporation, whose American Depositary Receipts ("ADRs") are listed on the New York Stock Exchange. Rio Tinto has no parent corporation, however, as of March 28, 2014, Franklin Templeton Investments held approximately 22% of the issued ADRs, while State Farm Investment Management Corporation held approximately 14% of the issued ADRs. By conversion of the ADRs into Rio Tinto shares, these two ADR holders were entitled to approximately 1.5% and 0.9% of the issued capital of Rio Tinto.

Dated: New York, New York
April 30, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____
William A. Burck

777 6th Street NW, 11th Floor
Washington, DC 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
williamburck@quinnemanuel.com

*Attorneys for Plaintiff Rio Tinto plc*