UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rio Tinto plc,<br><br>    Plaintiff,<br><br> -against-<br><br>Vale, S.A., Benjamin Steinmetz, BSG Resources Limited, BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, BSGR Guinea Ltd. BVI, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR Guinea, Frederic Cilins, Michael Noy, Avraham Lev Ran, Mamadie Touré, and Mahmoud Thiam,<br><br>    Defendants. | 14 Civ. 3042 (RMB) |

## **RULE 7.1 STATEMENT**

   Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Vale S.A. ("Vale"), by and through its undersigned counsel, certifies as follows: Vale has no parent corporation and no publicly held corporation owns 10% or more of the outstanding common stock of Vale. As of February 28, 2014, approximately 52% of the outstanding common stock of Vale is owned by Valepar S.A., a privately held company organized under the laws of Brazil.

Dated:    New York, New York
          June 6, 2014

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    By:    /s/ Lewis J. Liman
                            Lewis J. Liman
                            *lliman@cgsh.com*
                            One Liberty Plaza
                            New York, New York 10006
                            Tel: (212) 225-2000

                            *Attorneys for Vale S.A.*