UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| Rio Tinto plc, | : |
| | : |
|                        Plaintiff, | :   Civil Action No. 14-cv-3042 (RMB) |
| | : |
|       v. | : |
| | :   **BSG RESOURCES LIMITED'S** |
| | :   **RULE 7.1 STATEMENT** |
| Vale S.A., Benjamin Steinmetz, BSG | : |
| Resources Limited, BSG Resources | : |
| (Guinea) Ltd. aka BSG Resources Guinée | : |
| Ltd, BSGR Guinea Ltd. BVI, BSG | : |
| Resources Guinée SARL aka BSG | : |
| Resources (Guinea) SARL aka VBG-Vale | : |
| BSGR Guinea, Frederic Cilins, Michael | : |
| Noy, Avraham Lev Ran, Mamadie Touré, | : |
| and Mahmoud Thiam, | : |
| | : |
|                        Defendants. | : |

------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BSG Resources Limited ("BSG Resources Limited"), by and through its undersigned counsel, certifies as follows: BSG Resources Limited is a wholly owned subsidiary of Nysco Management Corp., an entity registered in the British Virgin Islands. There is no publicly held corporation that owns 10% or more of the outstanding common stock of BSG Resources Limited.

Dated: New York, New York
       June 9, 2014

                                                          MISHCON DE REYA NEW YORK LLP

                                                          By: /s/ *Vincent Filardo, Jr.*
                                                                Vincent Filardo, Jr.
                                                          750 Seventh Avenue, 26th Floor
                                                          New York, New York 10019
                                                          Telephone: (212) 612-3270
                                                          Facsimile: (212) 612-3297
                                                          E-mail: Vincent.Filardo@Mishcon.com

                                                          *Attorneys for Defendant*
                                                          *BSG Resources Limited*

Legal1us.208795.3