UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

**Rio Tinto** Plaintiff(s),

- v -

**Vale SA** Defendant(s).

----------------------------------------------------------X

**Case Management Plan**

14 CV. 3042 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by _____

(ii) Amend the pleadings by _____

(iii) All discovery to be **expeditiously** completed by **Nov 25, 2014**

(iv) Consent to Proceed before Magistrate Judge _____

(v) Status of settlement discussions **Dec 1, 2014 with principals 9:30 AM**

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions **See Court's Indiv. Rules: No motions until all parties are served or dropped from suit**

(vii) Oral Argument

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other **• All Service to be completed by July 31, 2014**
**• Refer to Magistrate for Discovery**

SO ORDERED: New York, New York

**6/9/14**

_____
**RMB**
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **6/9/2014**