UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Rio Tinto plc,                                        :
                                                      :
                           Plaintiff,           :     Civil Action No. 14-cv-3042 (RMB)
    v.                                                :
                                            :     **NOTICE OF APPEARANCE**
                                                      :
Vale S.A., Benjamin Steinmetz, BSG                    :
Resources Limited, BSG Resources                      :
(Guinea) Ltd. aka BSG Resources Guinée                :
Ltd, BSGR Guinea Ltd. BVI, BSG                        :
Resources Guinée SARL aka BSG                         :
Resources (Guinea) SARL aka VBG-Vale                  :
BSGR Guinea, Frederic Cilins, Michael                 :
Noy, Avraham Lev Ran, Mamadie Touré,                  :
and Mahmoud Thiam,                                    :
                                                      :
                           Defendants.          :
-------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Robert Gold, Esq. of Mishcon de Reya New York LLP, a member of this Court in good standing, hereby enters an appearance as counsel to defendant Benjamin Steinmetz in the above-captioned action and respectfully requests that all pleadings, notices, Orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated:  New York, New York                      Respectfully submitted,
            June 26, 2014                                 MISHCON DE REYA NEW YORK LLP

                                                       By: */s/ Robert Gold*_____
                                                           Robert Gold
                                                750 Seventh Avenue, 26th Floor
                                                New York, New York 10019
                                                Telephone:  (212) 612-3270
                                                Facsimile:  (212) 612-3297
                                                E-mail: robert.gold@mishcon.com
                                                *Attorneys for Defendant Benjamin Steinmetz*