UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Rio Tinto plc,

                      Plaintiff,

      v.

Vale S.A., Benjamin Steinmetz, BSG Resources Limited, BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, BSGR Guinea Ltd. BVI, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR Guinea, Frederic Cilins, Michael Noy, Avraham Lev Ran, Mamadie Touré, and Mahmoud Thiam,

                      Defendants.
------------------------------------------------------------x

Civil Action No. 14-cv-3042 (RMB)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Kavitha S. Sivashanker, Esq. of Mishcon de Reya New York LLP, a member of this Court in good standing, hereby enters an appearance as counsel to defendant Benjamin Steinmetz in the above-captioned action and respectfully requests that all pleadings, notices, Orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
       June 26, 2014

Respectfully submitted,
MISHCON DE REYA NEW YORK LLP

By: /s/ Kavitha S. Sivashanker
     Kavitha S. Sivashanker
750 Seventh Avenue, 26th Floor
New York, New York 10019
Telephone: (212) 612-3270
Facsimile: (212) 612-3297
E-mail: kavitha.sivashanker@mishcon.com
*Attorneys for Defendant Benjamin Steinmetz*

Legal1us.211312.1