# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 14-CV-3042                                                        Date Filed: _____

Plaintiff:
**RIO TINTO PLC**

vs.

Defendant(s):
**VALE, S.A. BENJAMIN STEINMETZ, BSG RESOURCES LIMITED, et al.**

For:
William A. Burck, Esq.
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th St. N.W.
11th Floor
Washington, DC  20001

Received by SPECIAL LEGAL SUPPORT INC. on the 25th day of June, 2014 at 1:56 pm to be served on **MAMADIE TOURE,** REDACTED JACKSONVILLE, FL 32225.

I, Mike McMenamy, do hereby affirm that on the **25th day of June, 2014** at **6:25 pm, I:**

**INDIVIDUAL/PERSONAL:**  served by delivering a true copy of the **SUMMONS AND COMPLAINT**  to: **MAMADIE TOURE** at the address of: REDACTED JACKSONVILLE, FL 32225 with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2 Vehicles present:

White Dodge Caravan Plate REDACTED
Black Toyota Plate REDACTED

**Description** of Person Served:  Age: 50+,  Sex: F,  Race/Skin Color: BLACK,  Height: 5'6",  Weight: 180,  Hair: BLACK,  Glasses: N

## RETURN OF SERVICE for 14-CV-3042

I certify that I am over the age of 18, have no interest in the above action and am a Special Process Server in good standing in the jurisdiction in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. NO NOTARY REQUIRED PURUSANT TO F.S. 92.525(2)

*[signature]*

Mike McMenamy
Special Process Server #41

SPECIAL LEGAL SUPPORT INC.
475 Park Ave. South
30th Floor
New York, NY 10016
(212) 545-7626
Our Job Serial Number: OGA-2014000817