UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rio Tinto plc,<br><br>         Plaintiff,<br><br>   -against-<br><br>Vale, S.A., Benjamin Steinmetz, BSG Resources Limited, BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, BSGR Guinea Ltd. BVI, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR Guinea, Frederic Cilins, Michael Noy, Avraham Lev Ran, Mamadie Touré, and Mahmoud Thiam,<br><br>         Defendants. | 14 Civ. 3042 (RMB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Esti Tambay of the law firm Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned action as counsel for Defendant Vale S.A. and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated:      New York, New York
            July 1, 2014

                                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                By:   /s/ Esti Tambay
                                      Esti Tambay
                                      *etambay@cgsh.com*
                                      One Liberty Plaza
                                      New York, New York 10006
                                      Tel:  (212) 225-2000

                                      *Attorneys for Vale S.A.*