# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:**  July 3, 2014                                    **Total Number of Pages:** 3


**MEMO ENDORSED:**

1.  OK.

2.  Rule 16 scheduling conf. <u>7/10 at 2:30PM</u>.  Parties to have good faith Rule 26(f) meet and confer prior to the conference.


**Copies by ECF to:** All Counsel
                     Judge Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-3-14

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

[partner/counsel name list — illegible]

BY ECF

JUL 02 2014

MEMO ENDORSED 7/3/14

1. OK.
2. Rule 16 s[cheduling] conf 7/10 at 2:30/PM.
Parties to [illegible] forth [illegible] Rule 26(f)
meet-and-[confer] [illegible] to [illegible].

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

July 2, 2014

**By Fax**

Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re: *Rio Tinto plc v. Vale S.A., et al.*, Civil Action No. 14-cv-3042 (RMB) (AJP) (S.D.N.Y.)

Dear Judge Peck:

    We write on behalf of defendant Vale S.A. ("Vale") with regard to the letter filed by plaintiff Rio Tinto plc ("Rio Tinto") on July 1, 2014, requesting a pre-motion conference (Dk. No. 51). We received Rio Tinto's letter yesterday at 8:40 p.m., after certain members of our team had departed for the July 4th holiday weekend. We respectfully request that Vale be permitted to submit its letter response to Rio Tinto's pre-motion letter on Monday, July 7, 2014.

Respectfully submitted,

Lewis J. Liman

cc: All Counsel of Record (by email)

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000

## FACSIMILE

| From | Lewis J. Liman | Date | July 2, 2014 |
|---|---|---|---|
| Sender's direct dial | 212 225 2550 | For retransmission | 212 225 2984 |
| Sender's fax | 212 225 3999 | Total pages sent | 2 *(including this cover page)* |
| To | At | Fax | Phone |
| Hon. Andrew J. Peck | Southern District of New York Daniel Patrick Moynihan Courthouse | 212 805 7933 | |

## Please see attached.

This facsimile message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you have received this facsimile message in error please do not read copy or disseminate. Notify us immediately by telephone and return the original facsimile to us by mail.

Sender's ID:                    Our ref #