UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
Rio Tinto plc,

                     **Plaintiff,**

v.

Vale, S.A., Benjamin Steinmetz, BSG Resources Limited, BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, BSGR Guinea Ltd. BVI, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR Guinea, Frederic Cilins, Michael Noy, Avraham Lev Ran, Mamadie Touré, and Mahmoud Thiam,

                     **Defendants.**
---------------------------------------------------------------X

Civil Action No. 14-cv-3042 (RMB)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE that Martin J. Auerbach, Esq., a member of this Court in good standing, hereby enters an appearance as counsel to defendants BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, and BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR Guinea, in the above-captioned action and respectfully requests that all pleadings, notices, Orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
         July 14, 2014

Respectfully submitted,
Martin J. Auerbach, Esq.

By: */s/ Martin J. Auerbach*
     Martin J. Auerbach
1185 Avenue of the Americas, 31st Floor
New York, NY  10036
(212) 704-4347
auerbach@mjaesq.com
*Attorney for Defendants BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, and BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR Guinea*