# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rio Tinto plc,<br><br>        Plaintiff,<br><br>    -against-<br><br>Vale, S.A., Benjamin Steinmetz, BSG<br>Resources Limited, BSG Resources (Guinea)<br>Ltd. aka BSG Resources Guinée Ltd, BSGR<br>Guinea Ltd. BVI, BSG Resources Guinée<br>SARL aka BSG Resources (Guinea) SARL aka<br>VBG-Vale BSGR Guinea, Frederic Cilins,<br>Michael Noy, Avraham Lev Ran, Mamadie<br>Touré, and Mahmoud Thiam,<br><br>       Defendants. | Civ. A. No. 1:14-CV-03042-RMB-AJP |

## VALE S.A.'S RULE 26(A)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Vale

S.A. ("Vale"), by its undersigned attorney, submits the following initial disclosures based on

information currently and reasonably available to it.

## PRELIMINARY STATEMENT

Although its investigation is ongoing, Vale has made a reasonable and good faith

effort to respond to the disclosure requirements of Rule 26(a)(1). The following responses are

based on the allegations in Rio Tinto plc's ("Plaintiff" or "Rio Tinto") complaint, dated April 30,

2014 (the "Complaint") and the information and documents known and presently available to

Vale at this time after the exercise of reasonable diligence. The responses contained herein are

made in a good faith effort to supply such factual information as is presently known, but in no

way prejudice Vale's right to supplement this disclosure in relation to further pleading,

discovery, review, research or analysis. Vale reserves the right to object to the use – in discovery

proceedings, in trial or for any other purposes – of the information provided herewith based upon relevance, materiality, confidence, privilege, or immunity, or any other objection that may be available to it under applicable rules of law or evidence.

This preliminary statement applies to each and every response provided in this disclosure and is incorporated herein as though fully set forth in all responses that follow. Without limiting the foregoing, in providing this disclosure, Vale does not intend to waive, but to the contrary intends to preserve, all applicable privileges, including, but not limited to, the attorney-client and work product privileges.  Vale expressly reserves the right to amend or supplement these disclosures as appropriate under Fed. R. Civ. P 26(e).

## DISCLOSURES

## I.     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

In response to Rule 26(a)(1)(A), the following individuals may have discoverable information that Vale may use to support its claims and defenses[1]:

| Name, Address, Telephone Number | Subject of Information |
|---|---|
| Eduardo Etchart<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Negotiations and meetings in 2008 and 2009 between Vale and Rio Tinto with respect to a potential acquisition of various Rio Tinto assets, including Simandou, information and documents provided to Vale during those negotiations and meetings, and Vale's negotiations with BSGR in 2010 with respect to Vale acquiring an interest in BSGR's Simandou concession. |

---

[1] Contact information for persons other than Vale's employees where available has been provided to the best of Vale's information and belief, but may not be up to date.

| Name, Address, Telephone Number | Subject of Information |
|---|---|
| Pedro Rodrigues<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Negotiations in 2008 and 2009 between Vale and Rio Tinto with respect to a potential acquisition of various Rio Tinto assets, including Simandou, and information and documents provided to Vale during those negotiations. |
| Leonardo Harris<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Negotiations and meetings in 2008 and 2009 between Vale and Rio Tinto with respect to a potential acquisition of various Rio Tinto assets, including Simandou, and information and documents provided to Vale during those negotiations and meetings. |
| Fabio Masotti<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Negotiations and meetings in 2008 and 2009 between Vale and Rio Tinto with respect to a potential acquisition of various Rio Tinto assets, including Simandou, information and documents provided to Vale during those negotiations and meetings, and technical review of information related to Simandou blocs 1 and 2. |
| Edson Ribeiro<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Negotiations and meetings in 2008 and 2009 between Vale and Rio Tinto with respect to a potential acquisition of various Rio Tinto assets, including Simandou, information and documents provided to Vale during those negotiations and meetings, and Vale's negotiations with BSGR in 2010 with respect to Vale acquiring an interest in BSGR's Simandou concession. |
| José Carlos Martins<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Negotiations and meetings in 2008 and 2009 between Vale and Rio Tinto with respect to a potential acquisition of various Rio Tinto assets, including Simandou, information and documents provided to Vale during those negotiations and meetings, and Vale's negotiations with BSGR in 2010 with respect to Vale acquiring an interest in BSGR's Simandou concession. |

| Name, Address, Telephone Number | Subject of Information |
|---|---|
| Lucio Cavalli<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Negotiations and meetings in 2008 and 2009 between Vale and Rio Tinto with respect to a potential acquisition of various Rio Tinto assets, including Simandou, information and documents provided to Vale during those negotiations and meetings, and Vale's negotiations with BSGR in 2010 with respect to Vale acquiring an interest in BSGR's Simandou concession. |
| Marco Barcellos<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Vale's negotiations with BSGR in 2010 with respect to its Simandou joint venture. |
| Paulo Bergman<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Vale's negotiations with BSGR in 2010 with respect to Vale acquiring an interest in BSGR's Simandou concession. |
| Alex Monteiro<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Vale's negotiations with BSGR in 2010 with respect to Vale acquiring an interest in BSGR's Simandou concession. |
| Stephen Potter<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Vale's negotiations with BSGR in 2010 with respect to Vale acquiring an interest in BSGR's Simandou concession. |

| Name, Address, Telephone Number | Subject of Information |
|---|---|
| Joao Mendes<br>Vale S.A., Brazil<br><br>c/o Lewis J. Liman<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | Vale's negotiations with BSGR in 2010 with respect to Vale acquiring an interest in BSGR's Simandou concession. |

The following are miscellaneous categories of persons who may have discoverable information that Vale may use to support its claims and defenses:

1. Any person necessary to lay the foundation of any document.

2. Any persons listed in any co-defendant's initial disclosures.

3. Any person listed in Plaintiff's initial disclosures or Plaintiff's responses to any of Vale's interrogatories.

4. Any supervisor and/or employee of any person listed by any party.

5. Any person employed by Plaintiff involved in the negotiations over a possible acquisition by Vale of Rio Tinto assets, including Simandou.

6. Any person employed by Plaintiff involved in making public presentations regarding its Simandou concession.

7. Any person with knowledge regarding the suspension of negotiations between Vale and Plaintiff with respect to Simandou, including but not limited to any person with knowledge of negotiations with Chinalco and BHP Billiton.

8. Any person with knowledge regarding discussions between Plaintiff and the Government of Guinea regarding the development and status of Plaintiff's Simandou concession.

## II.   DOCUMENTS VALE MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES

Vale has documents, data compilations and/or tangible things in its possession, custody or control that it may use to support its claims or defenses at the following locations:

> Vale S.A.
> Av. Graça Aranha
> 26 15° andar Centro
> 20030 900 Rio de Janeiro RJ
> Brazil

Av. Eng° Luiz Carlos Bennini
700/716 – CONJ 51 – Itaim Bibi
São Paulo – SP, 04571-000
Brazil

Rua Paraíba, 1122 – Ed. das Américas – Bairro Funcionários
Belo Horizonte – MG, CEP: 30130-141
Brazil

Rua Sapucai, 383 – Bairro Floresta
Belo Horizonte – MG, CEP: 30150-904
Brazil

Rua Tapuias, 49 – Bairro Floresta
Belo Horizonte – MG, CEP: 30150-030
Brazil

Av. De Ligação, 3580 – Aguas Claras
Nova Lima – MG, CEP: 34000-000
Brazil

Rodovia Br-381, S/N KM 14 – Bom Destino
Santa Luzia – MG, CEP: 33060-112
Brazil

Vale will provide copies of such documents at the time of their production of documents in response to any requests for documents. Vale reserves the right to supplement this production and to use any documents produced at any time in this action by Plaintiff, any co-defendant, or any third parties.

## III.   COMPUTATION OF DAMAGES

Vale has not alleged any counterclaims for damages against Plaintiff at this time and, thus, this provision is inapplicable.

## IV.   INSURANCE

Vale does not have any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment against Vale, and, thus, this provision is inapplicable.

6

Dated: July 23, 2014

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____

Lewis J. Liman
Jonathan I. Blackman
Boaz S. Morag

One Liberty Plaza
New York, New York 10006
(212) 225 2000
(212) 225 3999

*Attorneys for Defendant Vale S.A.*

7