# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Rio Tinto plc,

                    Plaintiff,          Civil Action No. 14-cv-3042 (RMB) (AJP)

       v.

Vale S.A., Benjamin Steinmetz, BSG
Resources Limited, BSG Resources (Guinea)
Ltd. aka BSG Resources Guinée Ltd., BSGR
Guinea Ltd. BVI, BSG Resources Guinée
SARL aka BSG Resources (Guinea) SARL
aka VBG-Vale BSGR Guinea, Frederic
Cilins, Michael Noy, Avraham Lev Ran,
Mamadie Touré, and Mahmoud Thiam,

                    Defendants.
-----------------------------------------------------------x

## DEFENDANTS BSG RESOURCES (GUINEA) LTD. aka BSG RESOURCES GUINÉE LTD. aka VBG GUERNSEY AND BSG RESOURCES GUINÉE SARL aka BSG RESOURCES (GUINEA) SARL aka VBG-VALE BSGR GUINEA'S RULE 26(A)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd. aka VBG Guernsey and BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR Guinea (collectively "the VBG defendants"), by their undersigned attorney, submit the following initial disclosures based on information currently and reasonably available to them.

## PRELIMINARY STATEMENT

Although their investigation is ongoing, the VBG defendants have made a reasonable and good faith effort to satisfy the disclosure requirements of Rule 26(a)(1). These disclosures reflect the information and documents known and presently available to the VBG

defendants at this time after the exercise of reasonable diligence. The disclosures contained herein are made in a good faith effort to supply such factual information as is presently known, and do not limit or prejudice the VBG defendants' right to supplement this disclosure in relation to further pleading, discovery, review, research or analysis. The VBG defendants reserve the right to object to the use — in discovery proceedings, in trial or for any other purposes — of the information provided herewith based upon relevance, materiality, confidence, privilege, or immunity, or any other objection that may be available to it under applicable rules of law or evidence.

This preliminary statement applies to each and every disclosure set forth herein and is incorporated in each disclosure as though fully set forth therein. Without limiting the foregoing, in providing this disclosure, the VBG defendants do not intend to waive, but to the contrary intend to preserve, all applicable privileges, including, but not limited to, the attorney-client and work product privileges. The VBG defendants expressly reserve the right to amend or supplement these disclosures as appropriate under Fed. R. Civ. P. 26(e).

The VBG defendants' initial disclosures are made on the express understanding that by making such disclosures they do not intend to waive, and are not in any way waiving, defenses and/or objections to the Court's jurisdiction over them in this action. The VBG defendants reserve, assert, and intend to assert, all rights to object, pursuant to Fed. R. Civ. P. 12(b)(2), to the Court's exercise of jurisdiction over them.

The VBG defendants' investigation remains ongoing and they further reserve the right to supplement or correct these disclosures as necessary, pursuant to Fed. R. Civ. P. 26(e), based upon further investigation and discovery.

## DISCLOSURES

I. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

In response to Rule 26(a)(1)(A), the following individuals may have discoverable information that VBG may use to support its claims and defenses:

| Name, Address, Telephone Number | Subject of Information |
|---|---|
| Joao Vidoca<br><br>c/o Martin J. Auerbach<br>1185 Avenue of the Americas<br>31st Floor<br>New York, NY 10036<br>Telephone (1) 212 704 4347 | Lack of Personal Jurisdiction<br><br>The operation of the VBG-Vale BSGR Guinea joint venture and its distinction from BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL<br><br>The distinction between the VBG Guernsey joint venture and BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd. |
| Telesphore Tchatchou<br><br>c/o Martin J. Auerbach<br>1185 Avenue of the Americas<br>31st Floor<br>New York, NY 10036<br>Telephone (1) 212 704 4347 | Lack of Personal Jurisdiction<br><br>The operation of the VBG-Vale BSGR Guinea joint venture and its distinction from BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL<br><br>The distinction between the VBG Guernsey joint venture and BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd. |

The following are additional categories of persons who may have discoverable information that the VBG defendants may use to support their claims and defenses:

1. Any person necessary to lay the foundation of any document.

2. Any persons listed in any co-defendant's initial disclosures.

3. Any person listed in Plaintiff's initial disclosures or Plaintiff's responses to any of the VBG defendants' interrogatories.

4. Any supervisor and/or employee of any person listed by any party.

3

## II. DOCUMENTS THE VBG DEFENDANTS MAY USE TO SUPPORT THEIR CLAIMS OR DEFENSES

The VBG defendants incorporate each of the general objections and limitations set forth above in to the following disclosures. Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), and subject to, and without waiver of, the objections and limitations stated above and set forth herein, the VBG defendants describe the following categories of documents, electronically stored information, and/or tangible things (collectively, "Documents") that are within their possession, custody, or control, and may be used to support their claims or defenses in this action, other than solely for impeachment:

### Description by Category

- Documents concerning the VBG defendants' affirmative defenses, including but not limited to the lack of personal jurisdiction over them.

- Documents concerning the formation and operation of the VBG-Vale BSGR Guinea and its distinction from BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL.

- Documents concerning the distinction between BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd. and the joint venture VBG Guernsey.

### Location

The above documents are located at:

> VBG – Vale BSGR Guinea
> Immeuble bleu, 5ème étage
> Moussoudougou-Commune de Matam
> BP 6389 Conakry
> République de Guinée

> VBG Guernsey
> Anson Court
> La Route des Camps
> St Martin
> Guernsey GY1 3UQ

4

The VBG defendants will provide copies of such documents at the time of their production of documents in response to any requests for documents.

In addition to the documents at the foregoing locations, there are additional potentially responsive documents and computers containing potentially responsive documents that were seized by the Judicial Police of the Republic of Guinea, pursuant to a judicially issued Commission Rogatory dated May 2, 2013, and remain in their custody, possession and control. The VBG defendants may or may not have access to these documents in the future.

The VBG defendants reserve the right to supplement their production and to use any documents produced at any time in this action by Plaintiff, any co-defendant, or any third parties.

### III.  COMPUTATION OF DAMAGES

The VBG defendants have not alleged any counterclaims for damages against Plaintiff at this time and, thus, this provision is inapplicable.

## IV.     INSURANCE

The VBG defendants do not have any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment against them, and, thus, this provision is inapplicable.

Dated:  New York, New York  
         July 31, 2014

By:     s/ Martin J. Auerbach  
       Martin J. Auerbach, Esq.

1185 Avenue of the Americas, 31st Floor  
New York, NY  10036  
(212) 704-4347  
auerbach@mjaesq.com

*Attorney for Defendants BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd. aka VBG Guernsey and BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR Guinea*

## CERTIFICATE OF SERVICE

I, Erica Appelman, hereby certify that a true and correct copy of Defendants BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd. aka VBG Guernsey and BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR Guinea's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) was served upon the following attorneys of record by Electronic Mail on July 31, 2014:

William A. Burck
Eric C. Lyttle
Michael J. Lyle
Stephen M. Hauss
Quinn Emmanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th floor
Washington, DC 20001
williamburck@quinnemanuel.com
ericlyttle@quinnemanuel.com
mikelyle@quinnemanuel.com
stephenhauss@quinnemanuel.com

Michael B. Carlinsky
Quinn Emmanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
michaelcarlinksy@quinnemanuel.com
*Counsel for Plaintiff Rio Tinto plc*

Jonathan I. Blackman
Lewis J. Liman
Boaz S. Morag
Joaquin P. Terceno, III
Matthew M. Karlan
Esti T. Tambay
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jblackman@cgsh.com
lliman@cgsh.com
bmorag@cgsh.com
jterceno@cgsh.com
mkarlan@cgsh.com

7

etambay@cgsh.com
*Counsel for Defendant Vale, S.A.*

Robert Gold
Vincent Filardo, Jr.
Elizabeth M. Rotenberg-Schwartz
Kavitha S. Sivashanker
Mishcon de Reya New York LLP
750 Seventh Avenue, 26th Floor
New York, New York 10019
Tel: (212) 612-3270
Fax: (212) 612-3297
robert.gold@mishcon.com
vincent.filardo@mishcon.com
elizabeth.rotenberg-schwartz@mishcon.com
kavitha.sivashanker@mishcon.com
*Attorneys for Defendants Benjamin Steinmetz
and BSG Resources Limited*

Paul E. Summit
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
psummit@sandw.com

Karen E. Abravanel
Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019
kabravanel@sandw.com
*Counsel for Defendant Mahmoud Thiam*


Erica Appelman