# RETURN OF SERVICE

## USDC For The Southern District Of New York

State of New York

**Rio Tinto plc**

    Plaintiff

vs.

**Vale S.A., Benjamin Steinmetz, BSG Resources Limited et al.**

    Defendant

Attorney:

Michael Lyle
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street, NW, 11th Floor
Washington, DC. 20001

**Case Number:** 14-cv-3042

Legal documents received by Eleventh Hour Services, Ltd on August 22nd, 2014 at 11:50 AM to be served upon **Mamadie Toure at 4866 Yacht Basin Drive, Jacksonville, FL. 32225**

I, Christopher Lanahan, swear and affirm that on **August 22nd, 2014 at 1:13 PM**, I did the following:

**Individually** Served the person listed as the intended recipient of the legal document with a conformed copy of this **Amended complaint**. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Female   Age: 40's   Height: 5'9"   Weight: 180   Skin Color: African American   Hair Color:   Glasses:

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county. I declare that I have read the forgoing instrument and the facts stated in it are true.

**Christopher Lanahan**
Process Server, # 1177

**Eleventh Hour Services, Ltd**
530 E Park Ave, Suite 17E
New York, NY 10065

(212) 222-2222

Internal Job ID: 2014001133

Reference Number:

The foregoing instrument was acknowledged before me on this ____ day of _____, 2014, by _____, who is personally known to me or who has produced _____ as identification.

Erin Church
Notary Printed Name      Notary Signature

Commission Expiration Date

Erin Church
COMMISSION #EE881818
EXPIRES: MAR. 07, 2017
www.AARONNOTARY.com

Copyright © 2014 Process Server Central, LLC. All Rights Reserved.