To Deputy 09/16/2014

IN THE COURT OF COMMON PLEAS OF CLEARFIELD COUNTY, PENNSYLVANIA
NO: 14-CV-3042(RMB)

RIO TINTO PLC,
VS
Vale S. A., Benjamin Steinmetz, BSG Resources Limited, VBG-Vale BSGR Limited aka BSG Resources (Guinea)Ltd. aka BSG Resources Guine Lts, BSG Resources Guin'ee SARL aka BSG Resources (Guinea) SARL aka VBG-Bale BSGR, Frederic Cilins, Mamadie Tour'e, and Mahmoud Thiam

SERVICE # 1 OF 1

AMENDED COMPLAINT

SERVE BY: 11/15/2014     HEARING:     PAGE: 112170

DEFENDANT: FREDERIC CILINS #58461-018
ADDRESS: MOSHANNON VALLEY DETENTION CENTER
555 GEO DR  PHILIPSBURG, PA  16866
ALTERNATE ADDRESS

SERVE AND LEAVE WITH: DEFENDANT ONLY

CIRCLE IF THIS HIGHLIGHTED ADDESS IS:     VACANT     OCCUPIED

## SHERIFF'S RETURN

NOW, Sept 17 2014 AT 10:35 (AM)/ PM **SERVED** THE WITHIN

AMENDED COMPLAINT ON FREDERIC CILINS #58461-018, DEFENDANT

BY HANDING TO FREDERIC CILINS / Defendant

A TRUE AND ATTESTED COPY OF THE ORIGINAL DOCUMENT AND MADE KNOW TO HIM / HER THE CONTENTS THEREOF.

ADDRESS SERVED: 555 Geo Drive, Philipsburg PA 16866
(-)Residence  ( ) Employment  ( ) Sheriff's Office  ( ) Other

NOW _____ AT _____ AM / PM **POSTED** THE WITHIN

AMENDED COMPLAINT FOR FREDERIC CILINS #58461-018

AT (ADDRESS) _____

NOW _____ AT _____ AM / PM AFTER DILIGENT SEARCH IN MY BAILIWICK,

I MAKE RETURN OF **NOT FOUND** AS TO FREDERIC CILINS #58461-018

REASON UNABLE TO LOCATE _____

So Answers: WESLEY B THURSTON, SHERIFF

SWORN TO BEFORE ME THIS
17th DAY OF September 2014

BY: _____ Deputy Signature
_____ Print Deputy Name

BRIAN K. SPENCER
Prothonotary
My Commission Expires
1st Monday in January 2018
Clearfield Co., Clearfield, PA