# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Rio Tinto plc,                              :
                                            :
                          Plaintiff,        :    Civil Action No. 14-cv-3042 (RMB) (AJP)
                                            :
            v.                              :
                                            :
                                            :
Vale S.A., Benjamin Steinmetz, BSG          :
Resources Limited, VBG-Vale BSGR            :
Limited aka BSG Resources (Guinea) Ltd.     :
aka BSG Resources Guinée Ltd, BSG           :
Resources Guinée SARL aka BSG               :
Resources (Guinea) SARL aka VBG-Vale        :
BSGR, Frederic Cilins, Mamadie Touré,       :
and Mahmoud Thiam,                          :
                                            :
                          Defendants.       :
                                            :
-------------------------------------------------------------X

<u>DEFENDANTS BENJAMIN STEINMETZ'S AND BSG RESOURCES LIMITED'S
AMENDED INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)</u>

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(1), defendants Benjamin

Steinmetz and BSG Resources Limited ("BSGR") (collectively, "Defendants"), by and through

their undersigned counsel, Mishcon de Reya New York LLP, hereby provide the following

amended initial disclosures. Defendants make these initial disclosures based upon information

obtained to date and reasonably available to them at this time, and subject to, and without waiver

of, the limitations and objections as to these disclosures set forth herein. Defendants expressly

reserve all rights to modify, amend, or otherwise supplement these initial disclosures set forth

below in light of additional investigation, discovery, information, and developments in this case.

By making these initial disclosures, Defendants do not represent that they are identifying every

witness, document, or tangible thing possibly relevant to this lawsuit. Rather, Defendants' initial

disclosures represent a good faith effort to identify information they reasonably believe are

required by FRCP 26(a)(1), subject to, and without waiver of, the limitations and objections as to these disclosures set forth herein.

Defendants' initial disclosures are made without, in any way, waiving: (1) the right to object to any discovery requests or to the admissibility of any evidence on the grounds of attorney-client privilege, the attorney work product doctrine, other applicable privileges or protections, competency, relevance, materiality, prejudice, hearsay, or any other proper ground in this action or in any other action; (2) the right to object to the use of any such information, for any purpose, in whole or in part, in any proceeding in this action or in any other action; or (3) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these initial disclosures in any proceeding in this action or in any other action. All such objections and grounds are reserved and may be interposed at trial.

Defendants' initial disclosures further are made without, in any way, waiving any defenses and/or objections to the Court's jurisdiction over them in this action. Defendants expressly provide their intention to, and reserve all rights to, object to the Court's jurisdiction over them under FRCP 12(b)(2) and any other appropriate grounds.

Defendants' investigation also remains ongoing and they further reserve the right to supplement or correct these disclosures as necessary, pursuant to FRCP 26(e), based upon further investigation and discovery.

## A.     Persons Having Knowledge of Relevant Facts

Defendants incorporate each of the general objections and limitations set forth above into the following disclosures. Pursuant to FRCP 26(a)(1)(A)(i), and subject to, and without waiver of, the objections and limitations stated above and set forth herein, Defendants identify the

following individuals presently known to them who are likely to have discoverable information that Defendants may use to support their claims or defenses in this action. Defendants do not consent to or authorize any communications with their current or former employees or agents, which are prohibited by the applicable rules of professional conduct, invade areas of privilege, or are outside the discovery methods provided for in the Federal Rules of Civil Procedure. The following list shall not be interpreted to be an admission that any of the listed individuals will have discoverable information.

| | NAME | LAST KNOWN ADDRESS & TELEPHONE, IF AVAILABLE | SUBJECT |
|---|---|---|---|
| Guinean Government | | | |
| 1 | Ahmed Tidiane Souare, former Guinean Prime Minister | Conakry, Guinea | Knowledge concerning BSGR's acquisition of Simandou mining rights in accordance with Guinean mining code |
| 2 | Alpha Condé, Guinean President | Presidential Palace, Conakry, Guinea | Knowledge that South African business interests supplied illicit funds to rig the March 2010 Guinean Presidential election in exchange for a share in the Simandou mining rights wrongfully misappropriated from BSGR |
| 3 | Captain Mamadou Sande, former Guinean Minister of the Economy and Finances | Ministry of Economy and Finances Boulevard Trade Kaloum Conakry 579 Guinea | Knowledge of "the Base Convention", pursuant to which BSGR acquired Simandou mining rights |
| 4 | Cellou Diallo, former Guinean Prime Minister | c/o Union of Democratic Forces of Guinea Carrefour Chinese, Belle-Vue. Conakry, Guinea | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |

| 5 | Centre de Promotion et de Développement Miniers | BP 295 Conakry, Guinea Tel: +224 41 15 44 | Knowledge of BSGR's technical and operational capabilities for mining in Simandou and of contacts with BSGR's personnel beginning in 2005 |
|---|---|---|---|
| 6 | Comité Technique de Revue des Titres et Conventions Miniers | Villa 26, City of Nations, Kaloum, Conakry Guinea Tel: +224 631 921 212 | Knowledge of political circumstances surrounding wrongful misappropriation of BSGR's mining rights |
| 7 | Commission Electorale Nationale Indépendente (CENI) | Quartier Cameroun – Commune de Dixinn B.P. 1032 Conakry, Guinea Tel: +224 664 02 03 23 | Knowledge of meeting between Alpha Conde and agents of the South African Secret Service ("SASS"), Waymark (a South African IT company involved in the rigging of the March 2010 election) and representatives of CENI, including Ben Sekou Sylla and Louceny Camara |
| 8 | Guillaume Curtis, former Guinean Minister of Mines and Geology | Conakry, Guinea | Knowledge of the wrongful misappropriation of BSGR's Simandou mining rights |
| 9 | Ibrahima Kali Soumah, Executive Director, Centre de Promotion et de Développement Miniers | Ministry of State for Transport and Public Works BP 295 Conakry, Guinea Tel: +224 41 15 44 | Knowledge of the circumstances surrounding the award of BSGR's Simandou mining concession |
| 10 | Jean Marie Doré, former Guinean Prime Minister | Conakry, Guinea | Knowledge of the facts and circumstances surrounding the "withdrawal" by the Guinean government in 2008 of Rio Tinto's Simandou mining concession |

| | | | |
|---|---|---|---|
| 11 | Kerfala Yansané, Guinean Minister of Finance; former Minister of Mines | Ministry of Economy and Finances Boulevard Trade Kaloum Conakry 579 Guinea | Knowledge of, and participation in, receipt of illicit funds from South African business interests, including the Walter Hennig Group and Palladino Capital, in connection with the rigged March 2010 Guinean Presidential election, the wrongful misappropriation of BSGR's Simandon mining rights, and the granting thereof to those South African business interests |
| 12 | Louceny Camara, former Vice President of CENI | Quartier Cameroun – Commune de Dixinn B.P. 1032 Conakry, Guinea Tel: +224 664 02 03 23 | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election, and of the participation of Alpha Conde, the SASS, CENI, and Waymark therein |
| 13 | Louceny Nabé, former Guinean Minister of Mines | Central Bank of the Republic of Guinea Boulevard du Commerce, Common Kaloum Conakry, Guinea Tel +224 41 26 51 | Knowledge of BSGR's technical and operational mining capabilities in Simandou, of contacts with BSGR's personnel as early as 2005, and of the "withdrawal" by the Guinean Government in 2008 of Rio Tinto's Simandou mining concession |
| 14 | Mamaudou Kouyate, Advisor to President Conté | Conakry, Guinea | Knowledge of facts and circumstances surrounding the wrongful misappropriation of BSGR's Simandou mining rights |
| 15 | Mohamed Lamine Fofana, Former Guinean Minister of Mines | Immeuble OFAB - CBG Boulevard du Commerce B.P. 295 Conakry, Guinea Tel: +224 30 45 45 26 | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 16 | National Mining Commission | Villa 26, City of Nations, Kaloum Conakry, Guinea | Knowledge of facts and circumstances surrounding the wrongful misappropriation of BSGR's Simandou mining rights |

| 17 | Sékouba Konate, former President of Guinea | Presidential Palace, Conakry, Guinea | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
|---|---|---|---|
| 18 | The Strategic Committee (created by degree of President Alpha Condé on March 29, 2012) | Conakry, Guinea | Knowledge of facts and circumstances surrounding the wrongful misappropriation of BSGR's Simandou mining rights |

**South African Government/SASS**

| 19 | Gibson Njenje a/k/a Gibson Jente, Agent of State Security Agency (SSA), the National Intelligence Agency (NIA), and the SASS | Arcadia Building Hatfield Pretoria, 0083 South Africa Tel: +27 (012) 342-1122 | Knowledge of facts and circumstances surrounding the involvement of the SASS in the corrupt rigging of the March 2010 Guinean Presidential election and of the unlawful misappropriation of BSGR's Simandou mining rights |
|---|---|---|---|
| 20 | Hein Van Neikerk, former Agent of State Security Agency (SSA), the National Intelligence Agency (NIA), and the SASS | Arcadia Building Hatfield Pretoria, 0083 South Africa Tel: +27 (012) 342-1122 | Knowledge of facts and circumstances surrounding the involvement of the SASS in the corrupt rigging of the March 2010 Guinean Presidential election and of the unlawful misappropriation of BSGR's Simandou mining rights |
| 21 | Kgalema Motlanthe, Deputy President of South Africa | Union Buildings Pretoria, South Africa | Knowledge of facts and circumstances surrounding the involvement of the SASS in the corrupt rigging of the March 2010 Guinean Presidential election and of the unlawful misappropriation of BSGR's Simandou mining rights |
| 22 | Moe Shaik, former Director-General, State Security Agency (SSA), the National Intelligence Agency (NIA), and the SASS | Arcadia Building Hatfield Pretoria, 0083 South Africa Tel: +27 (012) 342-1122 | Knowledge of facts and circumstances surrounding the involvement of the SASS in the corrupt rigging of the March 2010 Guinean Presidential election and of the unlawful misappropriation of BSGR's Simandou mining rights |

| | | | |
|---|---|---|---|
| 23 | Tadiso (a/k/a Thabiso), Agent of State Security Agency (SSA), the National Intelligence Agency (NIA), and the SASS | Arcadia Building Hatfield Pretoria, 0083 South Africa Tel: +27 (012) 342-1122 | Knowledge of facts and circumstances surrounding the involvement of the SASS in the corrupt rigging of the March 2010 Guinean Presidential election and of the unlawful misappropriation of BSGR's Simandou mining rights |
| **South African Individuals and Businesses** | | | |
| 24 | Brian Menell | c/o Kemet Group Cyprus P.O. Box 22657 1523 Nicosia Cyprus | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 25 | Fugro Snrvey Africa (Pty) Ltd. | Woodbridge Business Park Koeberg Road Milnerton Cape Town, South Africa Tel: +27 21 527 8900 | Knowledge of geophysical surveys in Simandou performed in 2006 on behalf of BSGR |
| 26 | Ivor Ichikowitz | c/o Paramount Group 1 Sandton Drive Sandton 2196 South Africa Tel: +27 11 086 6800 | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 27 | Mark Willcox, former Chief Investment Officer, Mvelaphanda Holdings | c/o Mvelaphanda Holdings 23 Glenhove Road Johannesburg, Gauteng 2196 South Africa | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 28 | Mikki Sivuyile Macmillan Xayiya, Executive Chairman, Mvelaphanda Group Limited | c/o Mvelaphanda Holdings 23 Glenhove Road Johannesburg, Gauteng 2196 South Africa | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |

| 29 | The MSA Group | 20B Rothesay Avenue Craighall Park Johannesburg 2196 South Africa | Knowledge of geophysical surveys in Simandou performed in 2006 on behalf of BSGR |
| --- | --- | --- | --- |
| 30 | Mvelaphanda Holdings | 23 Glenhove Road Johannesburg, Gauteng 2196 South Africa | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 31 | Samuel (Samy) Mebiame, Representative of Palladino | Johannesburg or Pretoria, South Africa | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 32 | Walter Hennig | Johannesburg, South Africa | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 33 | Walter Hennig Group | Johannesburg, South Africa | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 34 | Waymark Infotech | Podium at Menlyn Ground Floor 43 Ingersol Road Menlyn 0181 Pretoria South Africa | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President |

| BSGR | | | |
|---|---|---|---|
| 35 | Asher Avidan, BSG Resources Ltd. | c/o BSG Resources Limited West Wing Frances House, Sir William Place St. Peter Port, Guernsey GY1 1GX Tel: +44(0)1481 811999 | Knowledge of BSGR's operations in Guinea concerning its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou |
| 36 | Frank Eagar, BSG Resources Ltd. | c/o BSG Resources Limited West Wing Frances House, Sir William Place St. Peter Port, Guernsey GY1 1GX Tel: +44(0)1481 811999 | Knowledge of BSGR's operations in Guinea concerning its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou |
| 37 | Gerry Wilson, BSG Resources Ltd. | c/o BSG Resources Limited West Wing Frances House, Sir William Place St. Peter Port, Guernsey GY1 1GX Tel: +44(0)1481 811999 | Knowledge of BSGR's operations in Guinea concerning its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou |
| 38 | Ian Cope, BSG Resources Ltd. | c/o BSG Resources Limited West Wing Frances House, Sir William Place St. Peter Port, Guernsey GY1 1GX Tel: +44(0)1481 811999 | Knowledge of BSGR's operations in Guinea concerning its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou |
| 39 | Iwan Williams, BSG Resources Ltd. | c/o BSG Resources Limited West Wing Frances House, Sir William Place St. Peter Port, Guernsey GY1 1GX Tel: +44(0)1481 811999 | Knowledge of BSGR's operations in Guinea concerning its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou |

| | | | |
|---|---|---|---|
| 40 | Marc Struik<br>BSG Resources Ltd. | c/o BSG Resources<br>Limited<br>West Wing Frances<br>House, Sir William Place<br>St. Peter Port,<br>Guernsey GY1 1GX<br>Tel: +44(0)1481 811999 | Knowledge of BSGR's operations<br>in Guinea concerning its Simandou<br>mining rights and of negotiations<br>between BSGR and Vale, S.A.<br>related to a potential joint venture at<br>Simandou |
| 41 | Peter Driver<br>BSG Resources Ltd. | c/o BSG Resources<br>Limited<br>West Wing Frances<br>House, Sir William Place<br>St. Peter Port,<br>Guernsey GY1 1GX<br>Tel: +44(0)1481 812000 | Knowledge of BSGR's operations<br>in Guinea concerning its Simandou<br>mining rights and of negotiations<br>between BSGR and Vale, S.A.<br>related to a potential joint venture at<br>Simandou |
| **Rio Tinto** | | | |
| 42 | Debra Valentine, Group<br>Executive, Legal and<br>External Affairs | c/o Rio Tinto<br>2 Eastbourne Terrace<br>London W2 6LG<br>United Kingdom<br>Tel: +44 (0) 20 7781<br>2000 | Knowledge of subject matter of<br>lawsuit |
| 43 | Jordan Feildars,<br>Communications<br>Manager, Simfer S.A. | c/o Simfer S.A.<br>Immeuble Bellevue,<br>Boulevard Bellevue, D.I<br>536, Commune de Dixinn<br>BP 848,<br>Conakry,<br>Guinea | Knowledge of subject matter of<br>lawsuit |
| 44 | Laura Mann (née<br>White), Principal<br>Advisor, External<br>Affairs | c/o Rio Tinto<br>2 Eastbourne Terrace<br>London W2 6LG<br>United Kingdom<br>Tel: +44 (0) 20 7781<br>2000 | Knowledge of subject matter of<br>lawsuit |
| 45 | Richard Morgan, Head<br>of Government<br>Relations | c/o Rio Tinto<br>2 Eastbourne Terrace<br>London W2 6LG<br>United Kingdom<br>Tel: +44 (0) 20 7781<br>2000 | Knowledge of subject matter of<br>lawsuit |

| | | | |
|---|---|---|---|
| 46 | Robert Court, Global Head of External Relations | c/o Rio Tinto 2 Eastbourne Terrace London W2 6LG United Kingdom Tel: +44 (0) 20 7781 2000 | Knowledge of subject matter of lawsuit |
| 47 | Sam Walsh, Chief Executive Officer | c/o Rio Tinto 2 Eastbourne Terrace London W2 6LG United Kingdom Tel: +44 (0) 20 7781 2000 | Knowledge of subject matter of lawsuit |
| 48 | Simfer S.A. | Immeuble Bellevue, Boulevard Bellevue, D.I 536,Commune de Dixinn BP 848, Conakry, Guinea | Knowledge of subject matter of lawsuit |
| 49 | Simone Niven, Global Head of Corporate Communications | c/o Rio Tinto 2 Eastbourne Terrace London W2 6LG United Kingdom Tel: +44 (0) 20 7781 2000 | Knowledge of subject matter of lawsuit |
| 50 | Tom Albanese, former Chief Executive Officer of Rio Tinto | c/o Vedanta Resources 16 Berkeley St. London United Kingdom | Knowledge of subject matter of lawsuit |
| 51 | Virginie Bahon, Head of Communications, Rio Tinto Guinea and Simandou Project | c/o Rio Tinto 2 Eastbourne Terrace London W2 6LG United Kingdom Tel: +44 (0) 20 7781 2000 | Knowledge of subject matter of lawsuit |
| **VALE** | | | |
| 52 | Clovis Torres, Chief Legal Officer, Vale-BSGR Joint Venture | c/o Vale Av. Graça Aranha, 26 – Centro Rio de Janeiro, RJ, 20030-900 Brazil | Knowledge of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou. |

| | | | |
|---|---|---|---|
| 53 | Daniella Chimisso, Chief Legal Officer, Vale-BSGR Joint Venture | c/o Vale Av. Graça Aranha, 26 – Centro Rio de Janeiro, RJ, 20030-900 Brazil | Knowledge of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou |
| 54 | Eduardo Etchart | c/o Vale Av. Graça Aranha, 26 – Centro Rio de Janeiro, RJ, 20030-900 Brazil | Knowledge of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou. |
| 55 | Jose Andre Alves, Chief Geologist, Vale-BSGR Joint Venture | c/o Vale Av. Graça Aranha, 26 – Centro Rio de Janeiro, RJ, 20030-900 Brazil | Knowledge of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou. |
| 56 | Pedro Rodrigues | c/o Vale Av. Graça Aranha, 26 – Centro Rio de Janeiro, RJ, 20030-900 Brazil | Knowledge of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou. |
| 57 | Rafael Benke, External Relations, Vale-BSGR Joint Venture | c/o Vale Av. Graça Aranha, 26 – Centro Rio de Janeiro, RJ, 20030-900Brazil | Knowledge of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou. |
| 58 | Ricardo Saad, Project Director, Vale-BSGR Joint Venture | c/o Vale Av. Graça Aranha, 26 – Centro Rio de Janeiro, RJ, 20030-900 Brazil | Knowledge of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou. |

| 59 | Roger Agnelli, CEO of Vale-BSGR Joint Venture | c/o Vale Av. Graça Aranha, 26 – Centro Rio de Janeiro, RJ, 20030-900 Brazil | Knowledge of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou. |
|----|----|----|----|
| | **Other Individuals and Businesses** | | |
| 60 | Aboubacar Sampil, CEO of Rio Pongo S.A. | c/o Sable Mining Africa Ltd. St. Brides Media & Finance Ltd. 3 St Michael's Alley, London, EC3V 9DS United Kingdom Tel: +44 020 7236 1177 | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 61 | Africa Management (UK) Limited | 6th Floor, No. 1 Knightsbridge Green, London SW1X 7QA United Kingdom | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 62 | African Global Capital I, L.P. | c/o Africa Management (UK) Limited 6th Floor, No. 1 Knightsbridge Green London SW1X 7QA United Kingdom | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 63 | Bateman Engineering | Teoova Mining & Minerals (Pty) Ltd 58 Emerald Parkway Road Greenstone Hill, Extension 21 Johannesburg, 1609 South Africa Tel: +27 11 899 9111 | Knowledge of BSGR's operations in Guinea concerning its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou. |

| | | | |
|---|---|---|---|
| 64 | Chinalco Mining Corporation International | Beijing, China | Knowledge of BSGR's operations in Guinea concerning its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou. |
| 65 | Digby Wells Environmental | Fern Isle, Section 10 359 Pretoria Avenue 2125 Randburg Gauteng, South Africa Tel: +27 11 789-9495 | Knowledge of BSGR's operations in Guinea concerning its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou. |
| 66 | Doron Levy | APM & Co. Nitsba Tower, 19th Floor 17 Yitzhak Sadeh Street Tel Aviv 67775 Israel Tel: + 972-3-5689090 | Lack of personal jurisdiction with respect to Defendants |
| 67 | Foraco International SA | 26 Plage de l'Estaque, 13016 Marseille France | Knowledge of BSGR's 2009 Simandou drilling operations |
| 68 | Geoprospect | 3A Uruguay Street, Jerusalem, Israel | Knowledge of BSGR's 2009 Simandou drilling operations |
| 69 | Getma Guinée | Cité Chemin de Fer, Immeuble Kassa BP 1648 Conakry, Guinea Tel: +224 30 41 26 66 | Knowledge of expropriation and other unlawful activities of Guinean Government |
| 70 | International Mining Consultants | Icon Business Centres Lake View Drive Sherwood Park Nottingham NG15 0DT United Kingdom Tel: + 44 (0) 1623 726166 | Knowledge of BSGR's operations in Guinea concerning its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou |

| | | | |
|---|---|---|---|
| 71 | Lloyd Pengilly, Former Chairman of JPM Africa, Associate and Advisor to Marc Wilcox, Tokyo Sexwale and Walter Hennig; Member of the African Global Capital Investment Committee | c/o QKR Corp.<br>10 Tilney Street<br>London W1K 1AE<br>United Kingdom | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 72 | Michael Cohen, Former Och Ziff Partner, responsible for OZ's African investments and the JV with Palladino and Mvelaphanda | c/o Och-Ziff Capital Management Europe Limited<br>40 Argyll Street<br>London W1F 7EB<br>United Kingdom<br>Tel: +44 207 758 4400 | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 73 | Mohamed Condé, son of Guinean President Alpha Condé | Conakry, Guinea | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 74 | Och-Ziff Capital Management Europe Limited | 40 Argyll Street<br>London W1F 7EB<br>United Kingdom | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 75 | OZ Management LP | c/o Och-Ziff Capital Management Europe Limited<br>40 Argyll Street<br>London W1F 7EB<br>United Kingdom<br>Tel: +44 207 758 4400 | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |

| 76 | Palladino Capital 2 Limited (f/k/a Floras Bell Limited) | c/o Palladino Holdings, British Virgin Islaods | Knowledge of the corrupt rigging of the March 2010 Guinean Presideotial election by whicb Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 77 | Palladino Holdings | British Virgin Islands | Knowledge of the corrupt rigging of the March 2010 Guinean Presideotial election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| 78 | Snowdeo | Level 3 181 Adelaide Terrace East Perth 6004 Austrialia Tel: +61 8 9213 9213 | Knowledge of BSGR's operations in Guinea concerning its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potential joint veoture at Simandou. |
| 79 | SOGUIPAMI (State-owned mining company of Guinea) | Conakry, Guinea | Knowledge of receipt of illicit funds from South African business interests in exchange for wrongfully misappropriating BSGR's Simandou mining rights and granting them to entities owned and controlled by such interests |
| 80 | SRK Consulting | SRK Johannesburg 265 Oxford Road 2196 Illovo, South Africa Tel: +27 11 441 1111 | Knowledge of BSGR's operations in Guinea conceming its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potentíal joint venture at Simandou |
| 81 | Tokyo Sexwale | c/o Mvelapbanda Holdiogs 23 Glenhove Road Johannesburg, Gauteng 2196 South Africa | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Coode became President, and of the wroogful misappropriation of BSGR's Simandou mioing rights |

| 82 | Vanja Baros, Africa Director of the Och-Ziff Capital Management Group | c/o Och-Ziff Capital Management Europe Limited 40 Argyll Street London W1F 7EB United Kingdom Tel: +44 207 758 4400 | Knowledge of the corrupt rigging of the March 2010 Guinean Presidential election by which Alpha Conde became President, and of the wrongful misappropriation of BSGR's Simandou mining rights |
| --- | --- | --- | --- |
| 83 | WSP Global Inc. | WSP House 70 Chancery Lane London WC2A 1AF United Kingdom Tel: +44 20 7314 5000 | Knowledge of BSGR's operations in Guinea concerning its Simandou mining rights and of negotiations between BSGR and Vale, S.A. related to a potential joint venture at Simandou |

In addition to those individuals identified above, Defendants hereby incorporate by reference any witnesses and their possible subjects of testimony disclosed by plaintiff and co-defeodants in their Initial Disclosure Statements pursuant to FRCP 26(a).

These disclosures are based upon information reasonably available to Defendants at this time, and subject to Defendants' affirmative defense and objection on grounds that the Court lacks personal jurisdiction over Defendants. Defendants reserve the right to amend these initial disclosures, and seek discovery from, and relating to, other persons who may later become known as persons likely to have discoverable information.

Defendants have not yet designated expert witnesses, but may do so in accordance with the requirements set forth in the Federal Rules of Civil Procedure. Defendants will disclose the identity of any retained expert whom they expect to call as a witness at trial as appropriate.

Discovery, fact investigation, and trial preparation are ongoing, and Defendants reserve the right to supplement or correct this disclosure in light of further discovery, fact investigation, and trial preparation, if required, in accordance with FRCP 26(e).

**B.   Relevant Unprivileged Documents**

Defendants incorporate each of the general objections and limitations set forth above into

the following disclosures.  Pursuant to FRCP 26(a)(1)(A)(ii), and subject to, and without waiver

of, the objections and limitations stated above and set forth herein, Defendants hereby describe

the following categories of documents, electronically stored information, and/or tangible things

(collectively, "Documents") that are within their possession, custody, or control, and may be

used to support their claims or defenses in this action, other than solely for impeachment:

<u>Description by Category and Location</u>

- Documents concerning Defendants' affirmative defenses and the bases identified
  in Defendants' anticipated motion to dismiss in this action, including but not
  limited to personal jurisdiction.

- Documents concerning BSGR's research and development of mining operations
  at Simandou.

- Documents concerning negotiations between BSGR and Vale, S.A. related to a
  potential joint venture at Simandou.

- Documents concerning the Guinean Government's award of mining interests in
  Simandou to BSG Resources (Guinea) Limited and BSG Resources (Guinea)
  SARL, and subsequent assignment of that interest to VBG-Vale BSGR Guinea.

The above documents are located c/o Navigant Consulting, Inc. in Geneva, Switzerland,

Guernsey, Channel Islands, London, England, and South Africa.

Defendants identify the categories of documents listed above without waiver of their right

to object to the production of any particular document.  Defendants further state that they make

these disclosures based upon information reasonably available to them at this time.  Discovery,

fact investigation, and trial preparation are ongoing, and Defendants reserve the right to

supplement or correct these disclosures in light of further discovery, fact investigation, and trial

preparation, if required, in accordance with FRCP 26(e).

**C.    Computation of Damages**

This section is presently not applicable to Defendants.  Discovery, fact investigation, and trial preparation are ongoing, and Defendants reserve the right to supplement or correct this disclosure in light of further discovery, fact investigation, and trial preparation, if required, in accordance with FRCP 26(e).

**D.    Insurance Agreements**

Subject to, and without waiver of, the objections and limitations stated above and set forth herein, Defendants are not aware of any insurance agreement whereby an insurance company may be liable to satisfy all or part of any judgment that may be entered in this matter or be used to indemnify or reimburse payments made to satisfy any judgment.

Dated: September 3, 2014

Respectfully submitted,

MISHCON DE REYA NEW YORK LLP

By: _____

Robert Gold
Vincent Filardo, Jr.
Elizabeth M. Rotenberg-Schwartz
Kavitha S. Sivashanker

750 Seventh Avenue, 26th Floor
New York, New York 10019
Tel: (212) 612-3270
Fax: (212) 612-3297
robert.gold@mishcon.com
vincent.filardo@mishcon.com
elizabeth.rotenberg-schwartz@mishcon.com
kavitha.sivashanker@mishcon.com

*Attorneys for Defendants Benjamin Steinmetz*
*and BSG Resources Limited*

## CERTIFICATE OF SERVICE

I, Kavitha S. Sivashanker, hereby certify that a true and correct copy of Defendants

Benjamin Steinmetz's and BSG Resources Limited's Amended Initial Disclosures Pursuant to

Fed. R. Civ. P. 26(a)(1) was served upon the following attorneys of record by Electronic Mail on

September 3, 2014:

William A. Burck
Eric C. Lyttle
Michael J. Lyle
Stephen M. Hauss
Quinn Emmanuel Urqubart & Sullivan, LLP
777 6th Street NW, 11tb floor
Washington, DC 20001
williamburck@quinnemanuel.com
ericlyttle@quinnemanuel.com
mikelyle@quinnemanuel.com
stephenhauss@quinnemaouel.com

Michael B. Carlinsky
Quinn Emmanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
michaelcarlinksky@quinnemanuel.com
*Counsel for Plaintiff Rio Tinto plc*

Jonathan I. Blackman
Lewis J. Liman
Boaz S. Morag
Joaquin P. Terceno, III
Matthew M. Karlan
Esti T. Tambay
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jblackman@cgsb.com
lliman@cgsh.com
bmorag@cgsh.com
jterceno@cgsh.com
mkarlan@cgsh.com
etambay@cgsh.com
*Counsel for Defendant Vale, S.A.*

Paul E. Summit
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
psummit@sandw.com

Karen E. Abravanel
Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019
kabravanel@sandw.com
*Counsel for Defendant Mahmoud Thiam*

Martin J. Auerbach, Esq.
Law Offices of Martin J. Auerbach, Esq
1185 Avenue of the Americas, 31st Floor
New York, NY 10036
auerbach@mjaesq.com
*Counsel for Defendants BSG Resources (Guinea)*
*Ltd. aka BSG Resources Guinée Ltd, and BSG*
*Resources Guinée SARL aka BSG Resources*
*(Guinea) SARL aka VBG-Vale BSGR Guinea*

Kavitha S. Sivashanker