# Exhibit B

**Jaime Kaplan**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Tuesday, July 29, 2014 7:57 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:14-cv-03042-RMB-AJP Rio Tinto PLC v. Vale, S.A. et al Status Conference |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply**

## U.S. District Court

### Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 7/29/2014 at 7:57 AM EDT and filed on 7/28/2014
**Case Name:** Rio Tinto PLC v. Vale, S.A. et al
**Case Number:** 1:14-cv-03042-RMB-AJP
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Richard M. Berman: Status Conference was held on 7/28/2014. Plaintiff is to amend the complaint by 8/15/14. The briefing schedule is set for 9/3/14; 9/17/14; and 9/24/14. Oral argument is requested. See transcript of proceedings held for a complete record. (sc)**


**1:14-cv-03042-RMB-AJP Notice has been electronically mailed to:**

Boaz S. Morag  bmorag@cgsh.com, maofiling@cgsh.com

William Anthony Burck  williamburck@quinnemanuel.com, roseanneff@quinnemanuel.com

Jonathan I. Blackman  maofiling@cgsh.com, jblackman@cgsh.com

Lewis J. Liman  lliman@cgsh.com, maofiling@cgsh.com

Robert Gold  robert.gold@mishcon.com, joseph.parilla@mishcon.com

Michael John Lyle  mikelyle@quinnemanuel.com, jaimekaplan@quinnemanuel.com

Michael Barry Carlinsky  michaelcarlinsky@quinnemanuel.com

Vincent Filardo, Jr vincent.filardo@mishcon.com, dan.mandell@mishcon.com, joseph.parilla@mishcon.com, kavitha.sivashanker@mishcon.com

Martin Joel Auerbach auerbach@mjaesq.com

Elizabeth M. Rotenberg-Schwartz Elizabeth.Rotenberg-Schwartz@mishcon.com, Alexandra.Boyle@mishcon.com, joseph.parilla@mishcon.com

Paul Eliot Summit psummit@sandw.com

Karen Elizabeth Abravanel kabravanel@sandw.com, rlombardo@sandw.com

Joaquin Pablo Terceno, III jterceno@cgsh.com

Matthew Moler Karlan mkarlan@cgsh.com

Stephen Michael Hauss stephenhauss@quinnemanuel.com, calendar@quinnemanuel.com

Eric C Lyttle ericlyttle@quinnemanuel.com

Kavitha Satya Sivashanker kavitha.sivashanker@mishcon.com, joseph.parilla@mishcon.com

Esti Tahina Tambay etambay@cgsh.com

**1:14-cv-03042-RMB-AJP Notice has been delivered by other means to:**