# Exhibit C

# Jaime Kaplan

| | |
|---|---|
| **From:** | Kavitha Sivashanker [Kavitha.Sivashanker@Mishcon.com] |
| **Sent:** | Thursday, October 09, 2014 10:16 PM |
| **To:** | Keith Forst |
| **Cc:** | Eric Lyttle; Meghan McCaffrey; Vincent Filardo; Elizabeth Rotenberg-Schwartz |
| **Subject:** | RE: Rio Tinto -- request for m/c |

Keith:

As we have reiterated to you and represented to Judge Peck in the jointly-submitted letter to the Court last Friday, we are committed to continuing to work with Plaintiff to come to an agreement as to the appropriate scope of Plaintiff's jurisdictional discovery requests to Defendants BSGR and Steinmetz, unless discovery is stayed in this action.  We understood Plaintiff to be in agreement with Defendants regarding amicably working out these disputes to the extent possible.  However, your attempts to engage us in a completely unproductive and unhelpful discussion here, as well as your mischaracterizations of the hearing before the Court this past Tuesday (which I did not see you attend), suggests otherwise.

As you are well aware, Defendants BSGR and Steinmetz timely served their Responses and Objections to Plaintiff's jurisdictional requests on September 3; you did not even contact us until almost two weeks later to request a meet and confer as to those requests.  We have engaged in such discussions with you in good faith, complied with all discovery deadlines set by the Court to date, and remain more than willing to continue discussions with you to minimize the disputes between the parties.

We further see absolutely no reason why Plaintiff needs our response to your letter "by COB tomorrow" (and you have failed to provide one), particularly given you emailed us just yesterday evening unreasonably requesting an immediate response to your letter.  As we have informed you previously, we have every intention of responding to your letter in a timely manner -- we are preparing a carefully considered response to each of the points set forth in your letter in an effort to further facilitate discussion between the parties, and expect to have our response to you next week.

Best regards,
Kavitha


**Kavitha Sivashanker**
Associate
Mishcon de Reya New York LLP
750 Seventh Avenue, 26th Floor
New York, New York 10019
Tel:  +1 212 257 4454
Fax:  +1 212 612 3297

Kavitha.Sivashanker@mishcon.com
www.mishconnewyork.com

---

**From:** Keith Forst [mailto:keithforst@quinnemanuel.com]
**Sent:** Thursday, October 09, 2014 3:33 PM
**To:** Kavitha Sivashanker
**Cc:** Eric Lyttle; Meghan McCaffrey; Vincent Filardo; Elizabeth Rotenberg-Schwartz
**Subject:** RE: Rio Tinto -- request for m/c

Kavitha:

As you know, we've attempted to work amicably with Defendants BSGR and Steinmetz concerning our jurisdictional discovery – now over two months outstanding – based, in part, on your and Mr. Filardo's verbal "promises" to move expeditiously and without dispute towards a production of jurisdictional documents.  Those "promises," however, seem to have gone down the memory hole.  It is astonishing to read in your note below, particularly after the hearing on

Tuesday, that Defendants BSGR and Steinmetz have done virtually nothing to move their jurisdictional discovery responses forward and, worse still, appear to be scorning Judge Peck's July 29, 2014 Order that they proceed with jurisdictional discovery notwithstanding any pending or future motions.  Perhaps my disbelief over such a stance was the source of my confusion.  Suffice it to say, we share Judge Peck's concern that some Defendants may be "dragging their feet in order to keep discovery going slowly."  10/7/14 Hr'g Tr. 2:10-11.

Regarding custodians and search terms, have Defendants BSGR and Steinmetz made no effort over the last two months to compile even a preliminary list of custodians and possible search terms to share with us?  That surely cannot be the case.  We of course understand that there'll be some revision and iteration to those lists.  But there's no reason for further delay, especially as it relates to jurisdictional discovery.  Moreover, as I've previously explained, much of jurisdictional discovery does not warrant a discussion of custodians and search terms.  Defendants BSGR and Steinmetz should be rolling out documents responsive to those requests now.  See 10/7/14 Hr'g Tr. 5:7-11.  Finally, receiving your response to our letter in "due course" doesn't cut it.  By all objective indications, Defendants BSGR and Steinmetz are attempting to improve their previously denied request for a stay by concertedly withholding, or at least delaying, their production of documents that stand to undermine Defendants BSGR's and Steinmetz's claim that the Court lacks jurisdiction over them.

Please kindly confirm that you will reply to our letter and provide an initial list of custodians and search terms by COB tomorrow.

Regards, Keith

---

**From:** Kavitha Sivashanker [mailto:Kavitha.Sivashanker@Mishcon.com]
**Sent:** Wednesday, October 08, 2014 11:09 PM
**To:** Keith Forst
**Cc:** Eric Lyttle; Meghan McCaffrey; Vincent Filardo; Elizabeth Rotenberg-Schwartz
**Subject:** RE: Rio Tinto -- request for m/c

Keith:

We are working on a response to your letter and will send it to you in due course.

Regarding search terms and custodians, we did not make any such promise to you.  Please review the joint letter the parties submitted to Magistrate Judge Peck last Friday to refresh your recollection.  It tracks our understanding, and provides that "after the parties have *concluded* their meet and confer regarding the scope of the individual document requests," they will begin to discuss a list of appropriate custodians whose documents should be searched and the culling criteria for searching and identifying responsive documents.  We also intend to address this issue in our response to your letter.

I'm not sure why you are confused, but Defendants' Motion to Stay Discovery (Dkt. Nos. 98-100) was submitted on behalf of all Defendants, including our clients.  It expressly seeks a stay of all discovery, jurisdictional or otherwise.

Please copy Vincent Filardo on any communications regarding our meet and confer discussions in the future.

Best,
Kavitha


**Kavitha Sivashanker**
Associate
Mishcon de Reya New York LLP
750 Seventh Avenue, 26th Floor
New York, New York 10019
Tel:  +1 212 257 4454
Fax:  +1 212 612 3297

Kavitha.Sivashanker@mishcon.com

www.mishconnewyork.com

---

**From:** Keith Forst [mailto:keithforst@quinnemanuel.com]
**Sent:** Wednesday, October 08, 2014 5:49 PM
**To:** Kavitha Sivashanker
**Cc:** Eric Lyttle; Meghan McCaffrey; Robert Gold; Elizabeth Rotenberg-Schwartz
**Subject:** RE: Rio Tinto -- request for m/c

Kavitha:

I wanted to follow-up on my letter from last Wednesday.  Can we expect your response tomorrow?  As the Court noted yesterday, we need our jurisdictional discovery to move at a faster clip; it's already been over two months since we served our requests.  Meantime, please send us your proposed list of search terms and custodians.  We'd like to get you comments on those as soon as possible.  Additionally, I wanted to ask about your motion to stay that was filed Monday evening.  Please confirm (today if at all possible) that Defendants BSGR and Steinmetz are *not* attempting to stay jurisdictional discovery.

Thanks, Keith

---

**From:** Keith Forst
**Sent:** Wednesday, October 01, 2014 11:16 AM
**To:** Kavitha Sivashanker
**Cc:** Eric Lyttle; Meghan McCaffrey; Robert Gold; Elizabeth Rotenberg-Schwartz
**Subject:** RE: Rio Tinto -- request for m/c

Kavitha:  As discussed, attached is a letter about our jurisdictional discovery.  Apologies that this comes later than I had hoped.  I had some unexpected concerns come up.  Regards, Keith

---

**From:** Vincent Filardo [mailto:Vincent.Filardo@Mishcon.com]
**Sent:** Wednesday, September 17, 2014 1:27 PM
**To:** Keith Forst
**Cc:** Eric Lyttle; Meghan McCaffrey; Robert Gold; Elizabeth Rotenberg-Schwartz; Kavitha Sivashanker
**Subject:** RE: Rio Tinto -- request for m/c

Keith,
I'm juggling meetings tomorrow with some uncertainty.  I can speak to you tomorrow at 1:00 pm, and we can discuss a date/time for a proper call early next week.

Vincent Filardo, Jr.
Mishcon de Reya New York, LLP
Partner
750 7th Avenue - 26th Flr.
New York, New York 10019
Dir. Tel.:  (212) 612-3265
Cell No.:  (845) 548-9539
vincent.filardo@mishcon.com

This message and any files or attachments transmitted herewith contain Confidential Information and are intended only for the named addressee(s). It may be protected by the attorney-client privilege or the attorney work product or other doctrines. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Please do not publish, copy or circulate this message.
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. Federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to

be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or mater herein.

---

**From:** Keith Forst [mailto:keithforst@quinnemanuel.com]
**Sent:** Tuesday, September 16, 2014 5:15 PM
**To:** Vincent Filardo
**Cc:** Eric Lyttle; Meghan McCaffrey; Robert Gold; Elizabeth Rotenberg-Schwartz; Kavitha Sivashanker
**Subject:** RE: Rio Tinto -- request for m/c

Great.  I'll keep an eye out for your email and otherwise keep 11 am ET on Thursday open.

---

**From:** Vincent Filardo [mailto:Vincent.Filardo@Mishcon.com]
**Sent:** Tuesday, September 16, 2014 4:53 PM
**To:** Keith Forst
**Cc:** Eric Lyttle; Meghan McCaffrey; Robert Gold; Elizabeth Rotenberg-Schwartz; Kavitha Sivashanker
**Subject:** RE: Rio Tinto -- request for m/c

Keith,
I'm happy to have a quick chat on Thursday to set a day and time next week to meet & confer, and to otherwise get the process off in the right direction.  I think 11:00 am ET will work.  I'll confirm tomorrow by email.


Vincent Filardo, Jr.
Mishcon de Reya New York, LLP
Partner
750 7th Avenue - 26th Flr.
New York, New York 10019
Dir. Tel.:  (212) 612-3265
Cell No.:  (845) 548-9539
vincent.filardo@mishcon.com

This message and any files or attachments transmitted herewith contain Confidential Information and are intended only for the named addressee(s). It may be protected by the attorney-client privilege or the attorney work product or other doctrines. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Please do not publish, copy or circulate this message.
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. Federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or mater herein.

---

**From:** Keith Forst [mailto:keithforst@quinnemanuel.com]
**Sent:** Tuesday, September 16, 2014 4:18 PM
**To:** Vincent Filardo
**Cc:** Eric Lyttle; Meghan McCaffrey; Robert Gold; Elizabeth Rotenberg-Schwartz; Kavitha Sivashanker
**Subject:** RE: Rio Tinto -- request for m/c

Thanks, Vincent.  Thursday's good for me.  How about 11 am ET?  I don't envision it being especially long.  I'm just hoping to get a sense of your principal objections to the requests that you've contended are outside the scope of the Court's Order.  That'll help us kick off discourse in getting things resolved.  Thanks, and looking forward to it, Keith

---

**From:** Vincent Filardo [mailto:Vincent.Filardo@Mishcon.com]
**Sent:** Tuesday, September 16, 2014 3:26 PM
**To:** Keith Forst

4

**Cc:** Eric Lyttle; Meghan McCaffrey; Robert Gold; Elizabeth Rotenberg-Schwartz; Kavitha Sivashanker
**Subject:** RE: Rio Tinto -- request for m/c

Keith,
Thank you for your email.  Unfortunately, we are unavailable tomorrow.  Please let me know if you would like to talk on Thursday to set a day and time next week for a meet & confer.

Regards,


Vincent Filardo, Jr.
Mishcon de Reya New York, LLP
Partner
750 7th Avenue - 26th Flr.
New York, New York 10019
Dir. Tel.:   (212) 612-3265
Cell No.:   (845) 548-9539
vincent.filardo@mishcon.com

This message and any files or attachments transmitted herewith contain Confidential Information and are intended only for the named addressee(s). It may be protected by the attorney-client privilege or the attorney work product or other doctrines. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Please do not publish, copy or circulate this message.
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. Federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or mater herein.

**From:** Keith Forst [mailto:keithforst@quinnemanuel.com]
**Sent:** Tuesday, September 16, 2014 2:53 PM
**To:** Robert Gold; Elizabeth Rotenberg-Schwartz; Kavitha Sivashanker; Vincent Filardo
**Cc:** Eric Lyttle; Meghan McCaffrey
**Subject:** Rio Tinto -- request for m/c

Counsel:  We'd like to have a meet and confer tomorrow afternoon to discuss our requested jurisdictional discovery.  Let me know if 3 pm ET (or later) works for you.  Thanks, Keith

**Keith Forst**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

777 6th Street, NW, 11th Floor
Washington, D.C. 20001
202-538-8139 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
keithforst@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.