UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rio Tinto plc,<br><br>Plaintiff,<br><br>v.<br><br>Vale, S.A., Benjamin Steinmetz, BSG Resources Limited, BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, BSGR Guinea Ltd. BVI, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR Guinea, Frederic Cilins, Michael Noy, Avraham Lev Ran, Mamadie Touré, and Mahmoud Thiam,<br><br>Defendants. | Civil Action No. 14-cv-3042 (RMB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Meghan A. McCaffrey of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters appearance as counsel for plaintiff Rio Tinto plc in the above-captioned action.

I hereby certify that I am admitted to practice before this Court.

Dated:   Washington, D.C.
         December 5, 2014

Respectfully Submitted,

/s/ *Meghan A. McCaffrey*
Meghan A. McCaffrey
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th floor
Washington, DC 20001
Tel:  202-538-8000
Fax: 202-538-8100
meghanmccaffrey@quinnemanuel.com

*Attorneys for Plaintiff Rio Tinto plc*