UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RIO TINTO PLC,

                Plaintiff,

      -against-

VALE S.A., BENJAMIN STEINMETZ,
BSG RESOURCES LIMITED,
BSG RESOURCES (GUINEA) LTD.,
BSGR GUINEA LTD. BVI,
BSG RESOURCES GUINÉE SARL,
FREDERIC CILINS, MAMADIE TOURÉ,
and MAHMOUD THIAM,

                Defendants.
------------------------------------------------------------X

**ADMINISTRATIVE ORDER**

14 Civ. 3042 (RMB)(AJP)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/14

      The Court will entertain a detailed update on the status of discovery at the January 6, 2014 conference. As the parties are aware, there has been no discovery stay—it is expected that considerable discovery progress will have been made.

Dated: New York, New York
         December 18, 2014

                                  RMB
                             **RICHARD M. BERMAN, U.S.D.J**

cc Judge Peck