UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
RIO TINTO PLC,

         Plaintiff,

  - v -

VALE, S.A., *et al.*,

         Defendants.

------------------------------------------- X

Case No. 14-cv-3042-RMB-MHD

**MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER**

      PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4, Karen E. Abravanel respectfully moves to withdraw her appearance as attorney for Defendant Mahmoud Thiam and for the Court to direct the Clerk to remove her name from the electronic docket in this case. In January 2015, Ms. Abravanel will be taking a position with another company. Sullivan & Worcester LLP will continue as counsel for Defendant Mahmoud Thiam.

Dated: New York, New York
       December 31, 2014

Respectfully submitted,

By: /s/Karen E. Abravanel
    Paul E. Summit
    Karen E. Abravanel
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
psummit@sandw.com
kabravanel@sandw.com

*Attorneys for Defendant Mahmoud Thiam*

SO ORDERED:

_____
Hon. Richard M. Berman