UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RIO TINTO PLC,

                        Plaintiff,

      -against-

VALE S.A., BENJAMIN STEINMETZ,
BSG RESOURCES LIMITED,
BSG RESOURCES (GUINEA) LTD.,
BSGR GUINEA LTD. BVI,
BSG RESOURCES GUINÉE SARL,
FREDERIC CILINS, MAMADIE TOURÉ,
and MAHMOUD THIAM,

                        Defendants.
------------------------------------------------------------X



**ADMINISTRATIVE ORDER**

14 Civ. 3042 (RMB) (AJP)

The conference currently scheduled for January 6, 2015 is hereby rescheduled to January 20, 2015 at 10:00 a.m.

Dated: New York, New York
         January 5, 2015



RICHARD M. BERMAN, U.S.D.J.