```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rio Tinto plc,

Plaintiff,

v.

Vale S.A., Benjamin Steinmetz, BSG Resources Limited, VBG–Vale BSGR Limited aka BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR, Frederic Cilins, Mamadie Touré, and Mahmoud Thiam,

Defendants.

Civil Action No. 14-cv-3042 (RMB)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on April 30, 2014, with the filing of a Summons and Complaint. A copy of the Summons and Complaint was served on Defendant Frederic Cilins by through personal service, by personal delivery, at the Metropolitan Detention Center of Brooklyn, 80 29th Street in the borough of Brooklyn, Kings County, New York, where Defendant Cilins was then incarcerated. Proof of that service was filed in this Court on June 10, 2014. 14-cv-03042-RMB (S.D.N.Y.), Dkt. 37. On August 15, 2014, Plaintiff filed an Amended Complaint. A copy of the Amended Complaint was served on Defendant Cilins through personal service, by personal delivery at, Moshannon Valley Detention Center, 555 Geo Drive, Philipsburg, PA 16866. Proof of that service was filed in this Court on September 29, 2014. 14-cv-03042-RMB (S.D.N.Y.), Dkt. 90.

I further certify that the docket entries indicate that Defendant Cilins has not filed an answer or otherwise moved with respect to the Complaint or Amended Complaint. The default of Defendant Cilins is hereby noted.

Dated: New York, New York.

    Jan 7, 2015

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk