UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/15/15

Rio Tinto plc,

Plaintiff,

v.

Vale S.A., Benjamin Steinmetz, BSG Resources Limited, VBG–Vale BSGR Limited aka BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR, Frederic Cilins, Mamadie Touré, and Mahmoud Thiam,

Defendants.

Civil Action No. 14-cv-3042 (RMB)(AJP)

[PROPOSED] SCHEDULING ORDER

**IT IS ORDERED** that the case shall proceed on the following schedule:

1. Jurisdictional Discovery Production Deadline for BSGR and Steinmetz: January 16, 2015

2. Defendant Thiam to produce privilege log: February 20, 2015

3. Pre-motion letter to the Court on Thiam government privilege document issue: February 23, 2015.

4. Status of Settlement Discussions: March 2, 2015

5. Plaintiff's response to pre-motion letter by Thiam on government privilege issues: March 16, 2015

6. Defendant Thiam's reply in further support of his pre-motion letter: March 26, 2015

7. Rolling document productions must be substantially complete, subject to any pending personal jurisdiction or discovery motions: June 30, 2015

8. Depositions may begin: July 1, 2015

9. Affirmative Expert Witness Disclosures: August 14, 2015

10. Document production must be complete: August 28, 2015

11. Rebuttal Expert Witness Disclosures: September 11, 2015

N̶P̶ 12. All Fact Discovery Complete: December 31, 2015 *NO EXTENSIONS*

13. Affirmative Expert Reports Due: January 15, 2016

14. Rebuttal Expert Reports Due: February 26, 2016

15. Expert Depositions Complete: March 31, 2016

16. Expert Discovery Complete (subject to further order by the Court): March 31, 2016

17. Motions for Summary Judgment Due: TBD

18. Trial: TBD

Dated: January 1, 2015

_____ 1/15/15
Hon. Andrew J. Peck
United States Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

copies ECF to: All Counsel
Judge Berman

**BY ECF**