UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

Rio Tinto plc

            Plaintiff,

      -against-

Vale S.A., et al.

            Defendant.

Case No. 1:14-cv-03042-RMB-AJP

-------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Meghan A. McCaffrey**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MM4035    My State Bar Number is 4703708

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Weil, Gotshal & Manges LLP
                FIRM ADDRESS: 1300 Eye Street Northwest #900, Washington, DC 20
                FIRM TELEPHONE NUMBER: 202-682-7000
                FIRM FAX NUMBER: 202-857 0940

NEW FIRM:  FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
                FIRM ADDRESS: 777 6th Street Northwest, Washington, DC 20001
                FIRM TELEPHONE NUMBER: 202-538-8000
                FIRM FAX NUMBER: 202-538 8100

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: January 15, 2015

                                    ATTORNEY'S SIGNATURE