# Exhibit G



**CONFIDENTIAL DRAFT**
March 25, 2010

**Exhibit A**

8

VALE-RT  00000903