# Exhibit H



VALE-RT_00000928

CONFIDENTIAL