# Exhibit I



VALE-RT_00000927

CONFIDENTIAL