# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

Rio Tinto plc,
                               Plaintiff,

                v.

Vale S.A., Benjamin Steinmetz, BSG
Resources Limited, VBG-Vale BSGR
Limited aka BSG Resources (Guinea) Ltd.
aka BSG Resources Guinée Ltd, BSG
Resources Guinée SARL aka BSG
Resources (Guinea) SARL aka VBG-Vale
BSGR, Frederic Cilins, Mamadie Touré,
and Mahmoud Thiam,

                           Defendants.

Civil Action No. 14-cv-3042 (RMB) (AJP)

------------------------------------------------------x

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, Kavitha S. Sivashanker of

Mishcon de Reya New York LLP respectfully moves to withdraw her appearance as counsel for

defendants BSG Resources Limited and Benjamin Steinmetz in the above-captioned action and

for the Court to direct the Clerk to remove her name from the electronic docket in this case.  In

March 2015, Ms. Sivashanker will be taking a position with another law firm.  Mishcon de Reya

New York LLP will continue as counsel for defendants BSG Resources Limited and Benjamin

Steinmetz.

Dated:  New York, New York
   February 20, 2015

               Respectfully submitted,

               By: _____
                  Kavitha S. Sivashanker

               MISHCON DE REYA NEW YORK LLP
               750 Seventh Avenue, 26th Floor
               New York, New York 10019
               Telephone:  (212) 612-3270
               Facsimile:  (212) 612-3297
               E-mail: kavitha.sivashanker@mishcon.com

               *Attorney for Defendants BSG Resources*
               *Limited and Benjamin Steinmetz*

SO ORDERED:


_____

Hon. Andrew J. Peck