6389 Decker Road
Bushkill, PA 18324

February 12, 2015

The Honorable Frank Maas
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/15

Re: Marcia Goldson v. Kral, Clerkin, Redmond, Ryan Perry & Van Etten, LLP Civ. 13 2747

Honorable George Maas:

    I am in receipt of Defendant's February 10, 2015, letter to the Court along with subpoenas to be issued by the court marked "Hand Delivered Not to be Filed Via ECF".

    Defendant asserted that "[a]s the ... subpoenas contain Plaintiff''s social security number, [defendants] request that the letter and attachments are not filed via ECF". I am objecting to defendant's request. It is my understanding that the proper procedure is the redaction of the social security number from the documents prior to the documents being electronically filed.

    As such, I ask that the subpoenas be electronically filed subsequent to the redaction of the social security numbers contained therein.

Respectfully Submitted

*[signature]*

Marcia Goldson
Plaintiff, *Pro Se*

**MEMO ENDORSED**

CC:

Kevin R. Brady
HOEY, KING, EPSTEIN, PREZIOSO & MARQUEZ
Attorneys for Defendant
55 Water Street, 29th Floor
New York, NY 10041

I have declined to sign the subpoenas because I consider them overbroad. Accordingly, I do not anticipate anything being filed at this point.
Maas, USMJ, 2/20/15

RECEIVED
FEB 18 2015
PRO SE OFFICE