UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rio Tinto plc,<br><br>        Plaintiff,<br><br>  -against-<br><br>Vale S.A., Benjamin Steinmetz, BSG Resources Limited, VBG–Vale BSGR Limited aka BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR, Frederic Cilins, Mamadie Touré, and Mahmoud Thiam,<br><br>        Defendants. | 14 Civ. 3042 (RMB) (AJP) |

**NOTICE OF APPLICATION FOR THE ISSUANCE OF INTERNATIONAL
<u>LETTER OF REQUEST (LETTER ROGATORY)</u>**

    PLEASE TAKE NOTICE that upon the Application for the Issuance of an International Letter of Request submitted by Defendant Vale S.A. ("Vale"), and exhibits thereto, and all other papers and proceedings herein, Vale will move this Court before the Honorable Richard M. Berman, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order issuing a Letter of Request addressed to the Senior Master of the High Court (Queen's Bench Division) acting as the Competent Judicial Authority of the United Kingdom.

Dated: New York, New York
       February 23, 2015

                            Respectfully submitted,

                            CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    By: */s/ J. Blackman*
                            Jonathan I. Blackman
                            Lewis J. Liman
                            Boaz S. Morag

                            One Liberty Plaza
                            New York, New York  10006
                            (212) 225-2000
                            (212) 225-3999

                            *Attorneys for Defendant Vale S.A.*