UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
Rio Tinto plc,                                          :
                                                        :
                    **Plaintiff,**     :   Civil Action No. 14-cv-3042 (RMB)
    v.                                                :
                                                        :   **NOTICE OF APPEARANCE**
Vale S.A., Benjamin Steinmetz, BSG                      :
Resources Limited, VBG-Vale BSGR                        :
Limited aka BSG Resources (Guinea) Ltd.                 :
aka BSG Resources Guinée Ltd, BSG                       :
Resources Guinée SARL aka BSG                           :
Resources (Guinea) SARL aka VBG-Vale                    :
BSGR, Frederic Cilins, Mamadie Touré,                   :
and Mahmoud Thiam,                                      :
                                                        :
                   **Defendants.**    :
---------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Timothy J. McCarthy, Esq. of Mishcon de Reya New York LLP, a member of this Court in good standing, hereby enters an appearance as counsel to defendant BSG Resources Limited in the above-captioned action and respectfully requests that all pleadings, notices, Orders, correspondence, and other papers in connection with this action be served on the undersigned.

| | |
|---|---|
| Dated:  New York, New York<br>       February 24, 2015 | Respectfully submitted,<br><br>MISHCON DE REYA NEW YORK LLP<br><br>By: /s/ Timothy J. McCarthy _____<br>      Timothy J. McCarthy<br>750 Seventh Avenue, 26th Floor<br>New York, New York 10019<br>Telephone:  (212) 612-3270<br>Facsimile:  (212) 612-3297<br>E-mail: tim.mccarthy@mishcon.com<br><br>*Attorneys for Defendant BSG Resources Limited* |

Legal1us.261274.1