UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Rio Tinto plc, :
 :
                            **Plaintiff,** :   Civil Action No. 14-cv-3042 (RMB)
v. :
 : **NOTICE OF APPEARANCE**
Vale S.A., Benjamin Steinmetz, BSG :
Resources Limited, VBG-Vale BSGR :
Limited aka BSG Resources (Guinea) Ltd. :
aka BSG Resources Guinée Ltd, BSG :
Resources Guinée SARL aka BSG :
Resources (Guinea) SARL aka VBG-Vale :
BSGR, Frederic Cilins, Mamadie Touré, :
and Mahmoud Thiam, :
 :
                          **Defendants.** :
-----------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Timothy J. McCarthy, Esq. of Mishcon de Reya New York LLP, a member of this Court in good standing, hereby enters an appearance as counsel to defendant Benjamin Steinmetz in the above-captioned action and respectfully requests that all pleadings, notices, Orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated:  New York, New York
        February 24, 2015

                                      Respectfully submitted,

                                      MISHCON DE REYA NEW YORK LLP

                                      By: /s/ Timothy J. McCarthy
                                           Timothy J. McCarthy
                                     750 Seventh Avenue, 26th Floor
                                     New York, New York 10019
                                     Telephone:  (212) 612-3270
                                     Facsimile:  (212) 612-3297
                                     E-mail: tim.mccarthy@mishcon.com

                                     *Attorneys for Defendant Benjamin Steinmetz*

Legal1us.261273.1