~~Chambers Copy~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Rio Tinto plc,

        Plaintiff,

-against-

Vale S.A., Benjamin Steinmetz, BSG Resources Limited, VBG–Vale BSGR Limited aka BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR, Frederic Cilins, Mamadie Touré, and Mahmoud Thiam,

        Defendants.


RECEIVED FEB 24 2015
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

14 Civ. 3042 (RMB) (AJP)


MEMO ENDORSED
p 2

**NOTICE OF APPLICATION FOR THE ISSUANCE OF INTERNATIONAL
LETTER OF REQUEST (LETTER ROGATORY)**

PLEASE TAKE NOTICE that upon the Application for the Issuance of an International Letter of Request submitted by Defendant Vale S.A. ("Vale"), and exhibits thereto, and all other papers and proceedings herein, Vale will move this Court before the Honorable Richard M. Berman, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order issuing a Letter of Request addressed to the Senior Master of the High Court (Queen's Bench Division) acting as the Competent Judicial Authority of the United Kingdom.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Dated: New York, New York
February 23, 2015

                              Respectfully submitted,

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ J. Blackman
     Jonathan I. Blackman
     Lewis J. Liman
     Boaz S. Morag

     One Liberty Plaza
     New York, New York 10006
     (212) 225-2000
     (212) 225-3999

     *Attorneys for Defendant Vale S.A.*

---

Please TAKE UP
with Judge Peck.

SO ORDERED: /s/ Richard A. Berman
Date: 2/25/15
Richard M. Berman, U.S.D.J.