**quinn emanuel** trial lawyers | washington, dc

777 Sixth Street NW, 11th Floor, Washington, District of Columbia  20001-3706 | TEL (202) 538-8000 | FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8166**

WRITER'S INTERNET ADDRESS
**mikelyle@quinnemanuel.com**

February 27, 2015

Hon. Richard M. Berman
United States District Judge,
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, New York 10007

Re:     <u>Rio Tinto v. Vale et al, Civil Action No. 14-cv-3042 (RMB) (S.D.N.Y.)</u>

Dear Judge Berman:

      Rio Tinto will have a principal present at the settlement conference on March 2, 2015. We did not intend to convey to Vale that Rio Tinto is opposed to having a principal present at the settlement conference. We were simply trying to gauge whether Vale interpreted the Court's Order to require that a principal be present.


Respectfully submitted,


/s/Michael Lyle
Michael Lyle

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS