UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RIO TINTO PLC,

        Plaintiff,

  -against-

VALE S.A., et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

14 Civ. 3042 (RMB)(AJP)

**ORDER RESCHEDULING STATUS CONFERENCE**

**ANDREW J. PECK, United States Magistrate Judge:**

      The status conference originally scheduled for March 10, 2015 is rescheduled at the parties' request to March 17, 2015 at 2:00 PM before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

      SO ORDERED.

DATED:    New York, New York
               March 9, 2015

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                          Judge Berman

C:\ORD\