F323rioc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

RIO TINTO PLC,

         Plaintiff,

     v.                    14 Civ. 3042 (RMB)

VALE, S.A., et al.,
                          Conference
         Defendants.

------------------------------x
                          New York, N.Y.
                          March 2, 2015
                          2:30 p.m.
Before:
         HON. RICHARD M. BERMAN
                          District Judge


         APPEARANCES

QUINN EMANUEL URQUHART & SULLIVAN LLP
    Attorneys for Plaintiff
BY:  ERIC C. LYTTLE
     MICHAEL J. LYLE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
    Attorneys for Defendant Vale, S.A.
BY:  LEWIS J. LIMAN
     JONATHAN I. BLACKMAN

MISHCON DE REYA LLP
    Attorneys for Defendant BSG Resources Limited
BY:  VINCENT FILARDO

SULLIVAN & WORCESTER LLP
    Attorneys for Defendant Mahmoud Thiam
BY:  PAUL E. SUMMIT

MARTIN J. AUERBACH
    Attorney for BSG Resources defendants

1           THE COURT:  Good afternoon.  I have on my calendar
2   that we were going to talk about settlement, or you would let
3   me know where things stand in that regard.  There may be some
4   other issues that you all have.  I'm aware that there has been
5   a brief submitted on personal jurisdiction.  I don't think the
6   opposition is due yet.  I may have that wrong.
7           MR. LYLE:  Yes, your Honor.  Michael Lyle for Rio
8   Tinto.  Our opposition is due this coming Friday.
9           THE COURT:  So, then I know also that there is some
10  discussion going on with Judge Peck as to discovery.  I'm not
11  quite sure if that's still pending.  I know there was a motion
12  to compel presented to him.  Was there an opposition as well?
13          MR. LYLE:  Yes, your Honor, there was an opposition.
14  We did take it up in front of Judge Peck last Friday.  We think
15  we've worked out many of the issues.  Judge Peck has ordered us
16  to get together with Vale and BSGR defendants to work out a
17  process going forward.  They had been taking the position that
18  we needed to proceed exclusively under the Hague for purposes
19  of discovery.  We had taken a position that we weren't limited
20  to that, but to a broader set of the rules, all of the federal
21  rules.  And so Judge Peck took that up.
22          We've come to a process where we're going to get
23  together this Wednesday, I believe, to deal with those issues,
24  to try to come up with a way to move forward so we can meet our
25  deadlines.

1           THE COURT:  Good.  Let me know if I can be helpful.
2   I'm pretty much up to speed on the pendency of those issues.  I
3   did think from one of my memo endorsements that is something
4   you should work out.  And maybe you are.  So fine.
5           MR. LYLE:  We're hopeful we will be able to do that.
6           THE COURT:  Is there any viable discussion of
7   settlement at this time or no?
8           MR. LYLE:  Your Honor, Michael Lyle again for Rio
9   Tinto.  We have had dialogue with each of the defendants
10  separately.  And at this point we've not made a great deal of
11  progress.  I think some of the defendants are waiting for your
12  rulings on the motions to dismiss and I think some discovery
13  before we get much further in our dialogue.  But we have had,
14  pursuant to your order, some discussions with each of the
15  defendants that are here.
16          THE COURT:  Great. Okay.  Let me know if I can help
17  you in any way.
18          Yes, sir.
19          MR. BLACKMAN:  Jonathan Blackman for Vale.  Just on a
20  point of what's pending.  Your Honor, besides the
21  jurisdictional motions from some of the defendants, you also
22  have 12(b)(6) motions.
23          THE COURT:  I understand that.  It's in one document.
24          MR. BLACKMAN:  It's in one document.  Question of
25  settlement, there have been some discussions.  I think it is

1  fair to say that the demands from the plaintiffs are off the
2  charts.
3          THE COURT:  They usually are initially, right?  Maybe
4  not even initially.  That's why they call them plaintiffs.
5          MR. BLACKMAN:  We have indicated a disposition to talk
6  about something that's reasonable.  And Clovis Torres, who is
7  the general counsel of Vale, came here today for that purpose.
8  But, to say that the chasm is wide at the moment is probably an
9  understatement, and I don't know how much the Court wants to
10 hear about that.
11         THE COURT:  Well, it is up to you.  I'm happy to hear
12 or not hear.  I wanted to suggest, and you're also
13 sophisticated counsel, you probably don't need my help.  But
14 certainly I would be available to help.  I know Andy Peck would
15 help you if you wanted that.  Or, you probably know third
16 parties that people typically turn to, JAMS, for example, and
17 there is also a mediation program in the Southern District that
18 would be available to you.  All that would be available at no
19 cost.
20         So all of those options you should avail yourself of
21 as you see fit.  And then of course yourselves, being so
22 experienced, you could very well work things out.
23         MR. BLACKMAN:  If I could just speak to, and cut me
24 off if I'm getting where you don't want me to go on to the
25 merits.

         Here's the issue from Vale's point of view.  We perceive this as not just a commercial dispute.  I say that because Rio Tinto and Vale are two of the biggest mining companies in the world, and they are competitors.

         THE COURT:  The two biggest, right?

         MR. BLACKMAN:  Yes.  And we have really seen no evidence to support the basic allegations of this complaint.  And what we do see is that the Simandou Block 1 and 2 concession, which is the subject of this case, as your Honor knows, is going to be offered again for bidding, perhaps as soon as in the next several months.  And two of the obvious potential bidders are Rio Tinto and Vale.  And our perception is that this lawsuit is being brought not so much to collect money for alleged past injury, which we don't believe occurred, but to try to chill the bidding process going forward.  And that's kind of enhanced by the fact that there was a rather inflammatory statement made by the chairman of Rio Tinto just last week in which he essentially said -- not in a pleading, but in a conference -- that implied that Vale was a thief.

         This is not helpful to settlement, obviously, and it does bespeak a certain underlying motive for the lawsuit, which my client finds deeply distressing.

         Having said that, we are prepared, because this is a business, to entertain some kind of a reasonable proposal.  But frankly we haven't heard it.

1         MR. LYLE:  Your Honor, Michael Lyle for Rio Tinto.
2    First of all, I was remiss and I failed to introduce Mr. Ryan
3    Stanton who is a principal of Rio Tinto here.
4         THE COURT:  It's nice to have you both here.  Vale and
5    Rio Tinto's representatives.
6         MR. LYLE:  And your Honor, I think it goes without
7    saying that what Mr. Blackman just said is completely and
8    utterly false.  I know you're shocked to hear us say that.  He
9    seems to look for opportunities --
10        THE COURT:  Sometimes I think the clients would like
11   to settle without the lawyers, and more often the lawyers might
12   like to settle without the clients.  Unfortunately, everybody's
13   got to work with everyone.
14        MR. LYLE:  I certainly would have been remiss in not
15   pointing that out with my client sitting here that we
16   vigorously disagree with everything that Mr. Blackman said.
17        THE COURT:  I'm sure.
18        MR. LYLE:  I want to make sure that was clear on the
19   record.
20        THE COURT:  It is not really a function of the record.
21   It is, but I take it as in the nature of settlement
22   discussions.  And so for whatever that means, that's what they
23   are.
24        MR. LYLE:  I appreciate that, your Honor.
25        THE COURT:  So, we're waiting for an opposition brief

and there is going to be a reply brief. You will hopefully, I thought it seemed simpler than perhaps it is, that you had solved this discovery issue yourselves or certainly with the help of Judge Peck.

How far along are you on in discovery otherwise?

MR. LYLE: We have discovery coming in between Vale and Rio Tinto. We've agreed now on a protocol for purposes of ESI. And so now that we have that agreed to, Judge Peck will be entering an order we think sometime this coming week. So once that's in place, we will begin written discovery document production.

We've had some issues with respect to defendants VBG being able to access their documents, some of which were located in Guinea, and some other documents that have been seized by the government of Guinea in connection with their investigation into the issues that are at the heart of our case. We've worked through those. The government of Guinea is now reviewing various documents. We're hopeful we will be having those produced.

With respect to the BSGR defendant, we are, as we indicate earlier, we'll have a meeting this week.

So we've made progress on I think almost all of the outstanding issues. If we can't come to agreement with respect to BSGR, we will then of course avail ourselves to your offer to assist in the discovery.

F323rioc

1      MR. LIMAN:  Your Honor, with respect to Vale, I
2 believe we are the only defendant to have served discovery on
3 Rio Tinto.  We have had some issues with respect to the
4 timeliness of their production.  We've addressed those in front
5 of Judge Peck, and continue to address those.
6      MR. SUMMIT:  Paul Summit for defendant Thiam.  Just a
7 correction.  We have served discovery on Rio Tinto as well, and
8 are waiting for the protocols to be developed.
9      THE COURT:  Okay.  Anybody else want to be heard?
10 Well, I just wanted you to know we're here and available to
11 help as best we can.  Just let us know.
12      Great.  Thanks so much.  Nice to see you all.
13                             o0o