# EXHIBIT C

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA

NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW

FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG

BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
LEE C. BUCHHEIT
JAMES M. PEASLEE
THOMAS J MOLONEY
JONATHAN I BLACKMAN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z REICH
RICHARD S. LINCER
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M LOEB
CRAIG B. BROD
MITCHELL A. LOWENTHAL
EDWARD J ROSEN
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
HOWARD S ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J COOPER
JEFFREY S. LEWIS
PAUL J SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J LIMAN
LEV L. DASSIN

NEIL Q. WHORISKEY
JORGE U JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E. KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P MCGRORY
MATTHEW P. SALERNO
MICHAEL J ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A BAREFOOT
PAMELA L. MARCOGLIESE

PAUL M TIGER
JONATHAN S KOLODNER
DANIEL ILAN
MEYER H FEDIDA
ADRIAN R LEIPSIC
ELIZABETH VICENS
ADAM BRENNEMAN
ARI MACKINNON
JAMES E LANGSTON
RESIDENT PARTNERS


SANDRA M. ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C. CONROY, JR
KATHLEEN M EMBERGER
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
GRANT M BINDER
JOHN V HARRISON
CAROLINE F HAYDAY
DAVID FLECHNER
RESIDENT COUNSEL


LOUISE M PARENT
OF COUNSEL

Writer's Direct Dial: +1 (212) 225-2550
E-Mail: lliman@cgsh com

February 24, 2015

VIA FEDERAL EXPRESS

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Re: _Rio Tinto plc v. Vale S.A., et al._, Civil Action No. 14-cv-3042 (RMB) (AJP) (S.D.N.Y.)

To Whom It May Concern:

This firm represents Defendant Vale S.A. ("Vale") in the above-referenced matter. During discovery, Plaintiff Rio Tinto plc ("Rio Tinto") has represented that Weil, Gotshal & Manges ("Weil") and former Weil attorneys William Burck, Mike Lyle, Eric Lyttle, and Meghan McCaffrey were involved in an investigation on behalf of Rio Tinto into the circumstances of Rio Tinto's loss of its rights to Blocks 1 and 2 at Simandou. In that regard, I have enclosed a courtesy copy of a third party subpoena (the "Subpoena") directed to Weil. The Subpoena is also being formally served.

We view this Subpoena as an initial step in our discovery relating to Rio Tinto's affirmative claim that it should be excused from the requirement to timely file under RICO, based on equitable tolling by fraudulent concealment. _See_ Dkt. 83; Am. Compl. of Rio Tinto ¶¶ 144-148. Vale has moved to dismiss the Complaint, in part, on the grounds that Rio Tinto has not sufficiently pleaded the elements of fraudulent concealment, but under the Court's scheduling orders, which provide for discovery during the pendency of that motion, we have also commenced discovery on this issue. While at this time Vale limits its requests to nonprivileged documents, Vale takes the position that Rio Tinto has waived claims of privilege with respect to its assertions concerning its investigation and accordingly that Vale may be entitled to further discovery from Weil on that issue. To that end, we additionally request that Weil preserve all documents and communications related to its retention and the performance of these services, even if not now requested, in light of Magistrate Judge Peck's instruction to the parties in the

Weil, Gotshal & Manges LLP, p. 2

above-referenced matter that it intends to address any waiver issues in due course. *See* Dkt. 146; Dec. 9, 2014 Hr'g Tr. 20:22-21:3 ("We are going to take this in baby steps. Produce the nonprivileged documents on this issue. Produce the factual information from any privileged document that is relevant to the investigation and diligence issue, and log everything else. At that point I will determine further whether there indeed has been a waiver or not.").

Please do not hesitate to contact me with any questions regarding the Subpoena.

Sincerely,

Lewis J. Liman

Enclosures

cc:  All Counsel