USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___4/1/15___

**quinn emanuel** trial lawyers | washington, dc

777 Sixth Street NW, 11th Floor, Washington, District of Columbia 20001-3706 | TEL (202) 538-8000 | FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
(202) 538-8166

WRITER'S INTERNET ADDRESS
mikelyle@quinnemanuel.com

RECEIVED
MAR 27 2015
CHAMBERS OF
ANDREW J. PECK

March 27, 2015

Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:   Rio Tinto v. Vale et al, Civil Action No. 14-cv-3042 (RMB) (AJP) (S.D.N.Y.)

Your Honor:

     We write on behalf of Plaintiff Rio Tinto plc to update the Court regarding our ongoing efforts to contact the various investigative firms and discuss Vale's discovery requests with them.[1] As indicated in our prior correspondence, we have followed up with Africa Risk Consulting ("ARC"), BTG Intelligence ("BTG"), Executive Research Associates ("ERA"), and Livingstone and Company ("Livingstone") to determine whether they have reached a decision regarding the Court's request. Our point of contact at Aeneas is still unavailable, but we are making every effort to reach him as soon as possible. ARC, BTG, ERA and Livingstone are discussing Vale's requests with counsel and cannot provide a definite answer at this time. ARC in particular must meet with its insurers, and is unable to do so until Thursday, April 2, 2015. Each investigator has also indicated that they are still considering sending a letter to the Court illustrating their concerns and the implications of Vale's discovery requests.

     We will continue to follow up with each company and update the Court with any developments.

Very truly yours,

/s/Michael Lyle
Michael Lyle

---

[1] The material in this letter is currently designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order entered in this case (Dkt No. 81).

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS