## CERTIFICATE OF SERVICE

I, Erica Appelman, hereby certify that a true and correct copy of Defendants VBG-Vale BSGR Limited a/k/a BSG Resources (Guinea) Ltd. a/k/a BSG Resources Guinée Ltd. and BSG Resources Guinée Sarl a/k/a BSG Resources (Guinea) Sarl a/k/a VBG-Vale BSGR's Protective Answer was served upon the following attorneys of record by ECF filing and Electronic Mail on April 29, 2015:

William A. Burck
Eric C. Lyttle
Michael J. Lyle
Stephen M. Hauss
Quinn Emanuel Urquhart & Sullivan LLP
777 6th Street NW, 11th floor
Washington, DC 20001
williamburck@quinnemanuel.com
ericlyttle@quinnelemanuel.com
mikelyle@quinnemanuel.com

Michael B. Carlinsky
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
michaelcarlinsky@quinnemanuel.com
*Counsel for Plaintiff Rio Tinto plc*

Jonathan I. Blackman
Lewis J. Liman
Boaz S. Morag
Joaquin P. Terceno, III
Matthew M. Karlan
Esti T. Tambay
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
jblackman@cgsh.com
lliman@cgsh.com
bmorag@cgsh.com
jterceno@cgsh.com
mkarlan@cgsh.com
etambay@cgsh.com
*Counsel for Defendant Vale, S.A.*

Vincent Filardo, Jr.
Daniel Mandell
Tim McCarthy
Peter D'Agostino
Mishcon de Reya New York, LLP
750 Seventh Avenue
New York, NY  10019
vincent.filardo@mishcon.com
Dan.Mandell@Mishcon.com
Peter.D'Agostino@Mishcon.com
Tim.McCarthy@Mishcon.com
*Counsel for BSG Resources Limited and Benjamin Steinmetz*

Paul E. Summit
Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109
psummit@sandw.com

Nita Kumaraswami
Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY  10019
nkumaraswami@sandw.com
*Counsel for Defendant Mahmoud Thiam*


Dated: April 29, 2015                                           /s/ Erica D. Appelman
       New York, New York                                       By: Erica D. Appelman