# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Rio Tinto plc,                                          :
                                                        :
                                     Plaintiff,        :   Civil Action No. 14-cv-3042 (RMB) (AJP)
                                                        :
                    v.                            :
                                                        :
                                                        :
Vale S.A., Benjamin Steinmetz, BSG                      :
Resources Limited, VBG-Vale BSGR                        :
Limited aka BSG Resources (Guinea) Ltd.                 :
aka BSG Resources Guinée Ltd, BSG                       :
Resources Guinée SARL aka BSG                           :
Resources (Guinea) SARL aka VBG-Vale                    :
BSGR, Frederic Cilins, Mamadie Touré,                   :
and Mahmoud Thiam,                                      :
                                                        :
                            Defendants.       :

------------------------------------------------------------x

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, Robert Gold of Mishcon de Reya New York LLP respectfully moves to withdraw his appearance as counsel for defendants BSG Resources Limited and Benjamin Steinmetz in the above-captioned action, and for the Court to direct the Clerk to remove his name from the electronic docket in this case.

Mr. Gold is resigning from Mishcon de Reya New York LLP, effective May 1, 2015.

Mishcon de Reya New York LLP will continue as counsel for defendants BSG Resources

Limited and Benjamin Steinmetz.

Dated:  New York, New York                                  Respectfully submitted,
        April 29, 2015

                                            By: _____
                                               Robert Gold
                                             Vincent Filardo, Jr.

                                             MISHCON DE REYA NEW YORK LLP
                                           750 Seventh Avenue, 26th Floor
                                           New York, New York 10019
                                           Telephone:  (212) 612-3270
                                           Facsimile:  (212) 612-3297
                                           E-mail: robert.gold@mishcon.com
                                                      vincent.filardo@mishcon.com

                                         *Attorneys for Defendants BSG Resources*
                                         *Limited and Benjamin Steinmetz*

SO ORDERED:

_____
Hon. Richard M. Berman