UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
Rio Tinto plc,

      Plaintiff,   : Civil Action No. 14-cv-3042 (RMB) (AJP)

  v.

Vale S.A., Benjamin Steinmetz, BSG
Resources Limited, VBG-Vale BSGR
Limited aka BSG Resources (Guinea) Ltd.
aka BSG Resources Guinée Ltd, BSG
Resources Guinée SARL aka BSG
Resources (Guinea) SARL aka VBG-Vale
BSGR, Frederic Cilins, Mamadie Touré,
and Mahmoud Thiam,

      Defendants.
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/1/15

AP

## ORDER ON MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, Robert Gold of Mishcon de Reya New York LLP respectfully moves to withdraw his appearance as counsel for defendants BSG Resources Limited and Benjamin Steinmetz in the above-captioned action, and for the Court to direct the Clerk to remove his name from the electronic docket in this case.

Legalus 260668.1

Mr. Gold is resigning from Mishcon de Reya New York LLP, effective May 1, 2015. Mishcon de Reya New York LLP will continue as counsel for defendants BSG Resources Limited and Benjamin Steinmetz.

Dated: New York, New York
      April 29, 2015

Respectfully submitted,

By: _____
    Robert Gold
    Vincent Filardo, Jr.

MISHCON DE REYA NEW YORK LLP
750 Seventh Avenue, 26th Floor
New York, New York 10019
Telephone: (212) 612-3270
Facsimile: (212) 612-3297
E-mail: robert.gold@mishcon.com
       vincent.filardo@mishcon.com

*Attorneys for Defendants BSG Resources Limited and Benjamin Steinmetz*

SO ORDERED: 5/1/15

_____
Hon. Richard M. Berman

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York