UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
RIO TINTO PLC,

        Plaintiff,                      14 Civ. 3042 (RMB)(AJP)

    -against-                           ORDER

VALE S.A., et al.,

        Defendants.
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        Vale is to bring the Nardello report to the May 8, 2015 conference for possible in camera review by the Court.

        SO ORDERED.

Dated:      New York, New York
              May 7, 2015

                                        **Andrew J. Peck**
                                        United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                           Judge Berman