# Exhibit A



Steven Fox <sfox@veracityworldwide.com>

---

## Veracity - follow-up
1 message

**Steven Fox** <sfox@veracityworldwide.com>  
Reply-To: sfox@veracityworldwide.com  
To: Clovis Torres <clovis.torres@vale.com>  
Cc: mariangela.bartz@vale.com

Mon, Apr 22, 2013 at 7:11 AM

Dear Clovis and Mariangela,

Thank you for your assistance on Friday. It was fascinating material.

Look forward to staying in touch and very much hope that Veracity will have the opportunity to work with Vale in the future.

Kind regards,  
Steven  
Steven Fox  
Managing Partner

Veracity Worldwide LLC

28 W 44th St, Suite 2100  
New York, NY 10036

P: (212) 847 7258  
F: (646) 432 5903

sfox@veracityworldwide.com  
www.veracityworldwide.com