# EXHIBIT C



# Matthew Kerr-Phillips
## Attorney

**OUR REF** : MATTHEW KERR-PHILLIPS/sd/E42

**DATE** : 25 MAY 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

E-MAIL: meghanmccaffrey@quinnemanuel.com

DEAR MADAM

RE:  HAGUE EVIDENCE CONVENTION – D ROBBETZE, W D WEBB AND EXECUTIVE RESEARCH ASSOCIATES - RIO TINTO PLC v VALE & OTHERS

1. The writer acts for David Robbetze, Warwick Davies-Webb and Executive Research Associates (hereinafter referred to as "our clients").

2. Your correspondence of the 20th of May 2015 has been referred to our offices for reply. We respond to your correspondence in accordance with our instructions as set out hereunder.

3. As you are aware, your request is the subject matter of a formal process relating to a letter of request for international judicial assistance pursuant to the Hague Convention of the 18th of March 1970 on the taking of evidence abroad in civil or commercial matters addressed to Executive Research Associates.

4. Our clients have been informed that such intended process is as a result of an order dated the 31st of March 2015 granted by the Honourable Justice Andrew J Peck, United States Magistrate Judge for the Southern District of New York.

5. As at date hereof, formal service of the letter of request has not been effected on our clients. It is not clear to our clients at this time whether or not such letters of request will be objected to by the competent judicial authority of South Africa.

6. Until such time as our clients have received formal service of the letters of request, our clients are not obliged in law to react thereto.

7. Our instructions are that our clients have no intention of dealing with this matter informally or outside the ambit of the formal process which, as stated above, has not yet commenced.

---

Delta House            Docex 155 RANDBURG      TEL: (011) 467-4562/3598
39A Kingfisher Drive   P O Box 4471            FAX: (011) 465-6639
Fourways               RIVONIA, 2128           CELL: 082-338-6270

8.  Consequently, our further instructions are that our clients will not respond to the information sought in your correspondence under reply, which our clients understand forms the subject matter of the letter of request, until such time as it is obliged to do so.

9.  In the circumstances, our instructions are to notify your firm, as we hereby do, that our clients, at this stage, do not intend reacting or responding to the request for information set out in your correspondence under reply and your firm is guided accordingly.

10. Inasmuch as it is necessary and/or appropriate that your firm refers this correspondence to Vale and the Court, you must act in a manner that your firm deems fit and all of our clients' rights are reserved in this regard.

Yours faithfully

**MATTHEW KERR-PHILLIPS**