# EXHIBIT 1

| | |
|---|---|
| **From:** | Lewis, Jeffrey |
| **To:** | "scott.horton@dlapiper.com" |
| **Subject:** | Re: Financial Times |
| **Date:** | Tuesday, April 16, 2013 7:54:56 AM |

Thanks Scott.
Jeffrey S. Lewis
Cleary Gottlieb Steen & Hamilton LLP
Assistant: akingston@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2056 | f: +1 212 225 3999
www.clearygottlieb.com | jlewis@cgsh.com

----- Original Message -----
From: Horton, Scott [mailto:Scott.Horton@dlapiper.com]
Sent: Tuesday, April 16, 2013 07:45 AM Eastern Standard Time
To: Lewis, Jeffrey
Subject: Financial Times

The FT has advised the GoG that it is planning to run a major feature on developments in the Simandou case in tomorrow's edition, tentatively set for front-page coverage. The story would go on line at COB today in London. GoG stressed to them that they should take special care to note that the "entity" referred to in the criminal complaint is BSGR, and that Vale is in no way involved in the conduct under study, and is, in the view of GoG, a victim of BSGR's misconduct. The same message is given to any other major publication or wire service that requests comment. Vale's PR department will want to contact them and press their own case. The authors of the forthcoming piece are Tom Burgis, Helen Thomas and Misha Glenny. Just a heads up.

# Redacted





Redacted

Redacted