USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RIO TINTO PLC,

      Plaintiff,

 -against-

VALE S.A., BENJAMIN STEINMETZ,
BSG RESOURCES LIMITED,
BSG RESOURCES (GUINEA) LTD.,
BSGR GUINEA LTD. BVI,
BSG RESOURCES GUINÉE SARL,
FREDERIC CILINS, MICHAEL NOY,
AVRAHAM LEV RAN, MAMADIE TOURÉ,
and MAHMOUD THIAM,

      Defendants.
-------------------------------------------------------------X

**DECISION & ORDER**

14 Civ. 3042 (RMB)(AJP)

  The parties are aware that no stay of discovery is currently in effect (notwithstanding prior applications for a stay by Defendants) and none is anticipated before the proposed stay motion and/or the pending motion to dismiss are decided. The parties should meet and confer prior to June 23, 2015 and determine if they can jointly agree to a stay and its terms.

  The Court requests that the parties be prepared to discuss at the Tuesday conference, in addition to the proposed stay motion, the issue of alleged document destruction, and the status of any settlement discussions.

Dated: New York, New York
    June 18, 2015

                   _RMB_
               **RICHARD M. BERMAN, U.S.D.J**

1