## CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

Writer's Direct Dial: +1 (212) 225-2550
E-Mail: lliman@cgsh.com

June 19, 2015

VIA ECF

Hon. Andrew J. Peck, U.S.M.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:  *Rio Tinto plc v. Vale S.A., et al.*, Civil Action No. 14-cv-3042 (RMB) (AJP) (S.D.N.Y.)

Dear Judge Peck:

      We regret having to burden the Court with this matter. Defendant Vale S.A. ("Vale") and Plaintiff Rio Tinto plc ("Rio Tinto") jointly request that the Court make a jury room or conference room available for them to use to meet and confer with their predictive coding experts beginning at 1:30 pm on Monday, June 22, 2015, prior to the start of the status conference before your Honor. Vale also requests that the Court start that conference at 3 pm rather than 2:30 pm to allow Vale and Rio Tinto sufficient time to meet and confer on the issues raised in the joint letter. Rio Tinto is not available prior to 1:30 pm due to travel and other commitments. All parties except Rio Tinto join in this request. Rio Tinto does not believe the additional time is necessary, and has offered to be available after the status conference to continue meeting with Vale if necessary.

                                              Respectfully submitted,

                                              /s/ Lewis J. Liman
                                              Lewis J. Liman

cc:      All counsel of record (via ECF)