
TRANSPERFECT

*To check – Archive + file AP*

City of New York, State of New York, County of New York

I, Alitasha Younger, hereby affirm that the following is to the best of my knowledge and belief, a true and accurate Translation from French to English of the document "RIO TINTO PLC V VALE S.A., 14 Civ. 3042 (RMB)(AJP), Docket No. 265"

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___6/22/15___

Alitasha Younger
TransPerfect Translations International, Inc.

Sworn to before me this
June 18, 2015

Signature, Notary Public

SENIDA KULJANCIC
Notary Public - State of New York
No. 01KU6322856
Qualified in KING County
Commission Expires April 13, 2019

Stamp, Notary Public

Case 1:14-cv-03042-RMB-AJP Document 265 Filed 06/05/15 Page 2 of 3

[stamp:] Received 06/05/2015          [emblem]          Paris, [stamp:] 06/01/2015
Chambers of Andrew J. Peck    Liberty • Equality • Fraternity
                                       French Republic
                                       Justice Ministry

**Civil Matters** [illegible] **Department**        The Honorable Andrew J. Peck
                                                    United States District Court
**Union Law Office**                                Southern District of New York
**Office of Private International Law**             500 Pearl Street
**and Civil Support**        [stamp:] 003072        Courtroom 20 D
                                                    NEW YORK
**Reference:**                                      NEW YORK 10007
**122OP2015**                                       UNITED STATES OF AMERICA

File monitored by: Nicolas Castell
Telephone:       0033 1 44 77 61 05
Fax:             0033 1 44 77 61 22
entraide-civile-internationale@justice.gouv.fr

**SUBJECT:**       Information relating to a request for evidence – Hague Convention of 03/18/1970
                   on the taking of evidence abroad in civil and commercial matters.
**MATTER:**        RIO TINTO PLC V VALE S.A.,
**YOUR REF:**      14 Civ. 3042 (RMB) (AJP)

Dear Sir,

I have the honor of informing you that I updated the Attorney General of Versailles regarding the evidence request [or proof request] of March 31 2015 in the litigation against the abovementioned parties.

However, I specify that pursuant to article 740 of the French Code of Civil Procedure (CPC (*Code de procedure civile* [French Code of Civil Procedure])), the assigned judge may authorize representatives of the parties to appear at the witnesses' hearing, however he/she is not obliged to do so.

In the event that the judge does not allow representatives of the parties to attend, the parties shall be required to submit all documents to the judge in advance that shall be put before witnesses who shall be interrogated by the judge.

Furthermore, pursuant to the provisions of article 23 of the CPC, the judge is not obliged to use an interpreter if he/she is proficient in the language spoken by the parties. Otherwise, the hearing shall take place in French, if an interpreter is required, the parties shall be responsible for arranging this service in accordance with the referenced Convention.

.../...

DACS (*Direction des Affaires civiles et du Sceau* [Civil Matters Department])
13, place Vendôme
75042 Paris, Cedex 01

837F

Case 1:14-cv-03042-RMB-AJP Document 265 Filed 06/05/15 Page 3 of 3

With respect to obtaining an authorization for a stenographer to attend, attendance is in no way incompatible with the domestic law; however costs for such attendance shall fall to the parties.

Equally, acceptance of the presence of a videographer may be considered, however it must not incur any additional costs to the requested court and, in any case, only the official French transcript shall be the French language minutes of the hearing.

Finally, having regard to the date of receipt of the request and the workload of the French courts, it is unlikely that a return date falling prior to 06/30/2015 shall be possible/complied with.

Finally, I point out that the central French authority shall send execution documents to your court only and you shall then be responsible for bringing these to the attention of the parties.

The French Ministry of Justice shall keep you informed of any further developments.

Yours sincerely,

Deputy Chief

[signature]

Sophie RODRIGUES