| | |
|---|---|
| **From:** | Meghan McCaffrey |
| **Sent:** | Wednesday, June 24, 2015 2:50 PM |
| **To:** | Balter, Emily J.; Daniel Koffmann; Keith Forst; Eric Lyttle; Mike Lyle; William Burck; Stephen Hauss; Jaime Kaplan; Selina MacLaren |
| **Cc:** | Blackman, Jonathan I.; Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Karlan, Matthew M.; Reents, Scott |
| **Subject:** | RE: Rio Tinto v. Vale, et al. |

Emily,

As I'm sure you'll recall from Monday, at no time did Judge Peck order Rio Tinto to make a "discrete" or "separate" production of the investigator invoices or even to "identify such documents by bates number" when they are produced. This continues a troubling pattern in which Vale has misrepresented the Court's orders around these materials. We again invite you to read the transcript from the June 1, 2015 conference (and now Monday's conference) to shed further light on this point.

Nonetheless, we'll take your email as the professional and courteous request that we assume it was meant to be. As we confirmed yesterday and as Judge Peck agreed, we will produce the requested documents "by June 30." 6/22/2015 Hr'g at 12:5. As a courtesy, we will agree to provide the bates numbers for those documents on the condition that Vale reciprocally agree to provide the bates numbers for its investigator materials, referred to by Mr. Liman at yesterday's hearing before Judge Berman. Please confirm that Vale will indeed be producing those materials by June 30 and similarly, that you will identify those documents by bates numbers when they are produced.

Best,
Meghan


**Meghan McCaffrey**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

777 6th Street, NW, 11th Floor
Washington, D.C. 20001
202-538-8177 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
meghanmccaffrey@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Balter, Emily J. [mailto:ebalter@cgsh.com]
**Sent:** Wednesday, June 24, 2015 1:57 PM
**To:** Daniel Koffmann; Meghan McCaffrey; Keith Forst; Eric Lyttle; Mike Lyle; William Burck; Stephen Hauss; Jaime Kaplan; Selina MacLaren
**Cc:** Blackman, Jonathan I.; Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Karlan, Matthew M.; Reents, Scott
**Subject:** RE: Rio Tinto v. Vale, et al.

Eric:

You have not responded to our email below requesting confirmation by the end of the day yesterday that Rio Tinto's production of the investigators materials will be made separately from the remainder of its previously scheduled June 30 production (or else identified by bates number).  This is a pressing matter that we intend to raise with the Court at 3:30 pm this afternoon unless you confirm before then that the production will be separate.

Best,
Emily

_____
Emily J. Balter
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lpujals@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2189 | f: +1 212 225 3999
www.clearygottlieb.com | ebalter@cgsh.com

---

**From:** Balter, Emily J.
**Sent:** Tuesday, June 23, 2015 3:20 PM
**To:** Daniel Koffmann; Meghan McCaffrey; Keith Forst; Eric Lyttle; Mike Lyle; William Burck; Stephen Hauss; Jaime Kaplan; Selina MacLaren
**Cc:** Blackman, Jonathan I.; Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Karlan, Matthew M.; Reents, Scott
**Subject:** Rio Tinto v. Vale, et al.

Dear Eric:

As you are aware, Judge Peck has ordered that Rio Tinto make a discrete production of the invoices and other documents with respect to the investigators, which Rio Tinto stated it will comply with by June 30, 2015.  (June 22, 2015 Tr. 11:3-12:7.)  We write to confirm that, consistent with its representations to the Court and the Court's order, Rio Tinto will produce these documents separately from the scheduled production it was already under an obligation to make on June 30 or else that it will identify such documents by bates number when they are produced.  Please confirm by the end of today that you will do so.

Best,
Emily

_____
Emily J. Balter
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lpujals@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2189 | f: +1 212 225 3999
www.clearygottlieb.com | ebalter@cgsh.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.