UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rio Tinto plc,

        Plaintiff,

-against-

Vale S.A., Benjamin Steinmetz, BSG Resources Limited, VBG–Vale BSGR Limited aka BSG Resources (Guinea) Ltd. Aka BSG Resources Guinée Ltd, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR, Frederic Cilins, Mamadie Touré, and Mahmoud Thiam,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **6/29/15**

14 Civ. 3042 (RMB) (AJP)

[Proposed] Amended Scheduling Order *RMB*

The Court's orders dated January 15, 2015 (Docket No. 161) and January 16, 2015 (Docket No. 163) are hereby amended as follows:

1. There is a stay of deposition discovery and expert discovery until the earlier of (a) September 30, 2015, or (b) 30 days after the Court's ruling on defendants' motion to dismiss (Dk. No. 178).

2. Notwithstanding paragraph 1 of this Order, all written discovery continues, document production continues, and any of the letters rogatory that have been issued to date and any of the documents being produced through that process or any depositions that may be taken in connection with those of non-parties proceeds.

3. All other aspects of the Scheduling Order remain in effect, including as to party and non-party document production. The parties may seek further modification to the Scheduling Order if needed.



SO ORDERED:

_____
RICHARD M. BERMAN U.S.D.J.
6/29/15