# Exhibit A

| | |
|---|---|
| **From:** | Eric Lyttle |
| **Sent:** | Friday, August 07, 2015 2:19 PM |
| **To:** | 'Blackman, Jonathan I.'; Mike Lyle; William Burck; Stephen Hauss; Keith Forst; Jaime Kaplan; Meghan McCaffrey |
| **Cc:** | Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Reents, Scott; Karlan, Matthew M.; Tambay, Esti; Balter, Emily J.; Ellis, KC |
| **Subject:** | RE: Rio Tinto v. Vale, et al. |

Jonathan, Thanks for your note. I am traveling today and need to track a few things down. We appreciate the heads up and the relative urgency. We will get back to you early next week. In the meantime, please refrain from substantive discussions (*i.e.*, scheduling and service discussions are fine) with Messrs. Brown or Leighton unless we also are present.

---

**From:** Migliorini, Rosa [mailto:rmigliorini@cgsh.com] **On Behalf Of** Blackman, Jonathan I.
**Sent:** Thursday, August 06, 2015 4:46 PM
**To:** Eric Lyttle; Mike Lyle; William Burck; Stephen Hauss; Keith Forst; Jaime Kaplan; Meghan McCaffrey
**Cc:** Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Reents, Scott; Karlan, Matthew M.; Tambay, Esti; Balter, Emily J.; Ellis, KC
**Subject:** RE: Rio Tinto v. Vale, et al.

Dear Eric,

Following Meghan's telling us yesterday the quite surprising information that Nigel Brown, formerly of BTG Intelligence, has been retained by Quinn Emanuel as an investigator in this litigation, our London office was contacted today by Alec Leighton, also formerly of BTG Intelligence, who apparently still works with Mr. Brown, offering on his own behalf and that of Mr. Brown to meet informally with us. This offer came quite unsolicited by us, and we now are even more confused about the relationship between your firm, Rio Tinto, Mr. Brown and Mr. Leighton.

We will not be meeting with Mr. Leighton or Mr. Brown without your permission unless and until we understand who has actually been retained by whom and when. (They are of course summoned by the High Court to appear for examination in London under the Letters of Request with which you are familiar, and it was in connection with the service of these Letters on them that we initially contacted them.) We believe we are, however, entitled to a full explanation of the current relationship(s) between your firm and your client, Rio Tinto, and Messrs. Brown and Leighton, which apparently exists at least with respect to Mr. Brown, but was not disclosed to us at any time while we were pursuing the Letters of Request with respect to information obtained by BTG while it was acting, through Messrs. Brown and Leighton, as an investigator for Rio Tinto before Rio Tinto commenced this litigation.

We would appreciate it if you could get back to us on this as soon as possible.

Sincerely,

_____
Jonathan I. Blackman
Cleary Gottlieb Steen & Hamilton LLP
Assistant: rmigliorini@cgsh.com

One Liberty Plaza, New York NY 10006
t: +1 212 225 2490 | f: +1 212 225 3999