# Exhibit D

| | |
|---|---|
| **From:** | Turner, Jacob |
| **Sent:** | Tuesday, August 04, 2015 7:31 AM |
| **To:** | Phil Duignan |
| **Cc:** | Jon Hainey; Kelly, Jonathan; Barker, Paul; Grant, Adam |
| **Subject:** | RE: Rio Tinto v Vale S.A - Third Witness Statement of John Ashton Humphrey [DWFLLP-ACTIVE.FID3476416] |

Dear Phil,

I acknowledge safe receipt of two boxes of files sent under cover of your letter dated 3 August 2015.

Kind regards,

_____
Jacob Turner
Cleary Gottlieb Steen & Hamilton LLP
Assistant: wsmith@cgsh.com, sdewell@cgsh.com
City Place House, 55 Basinghall Street
London EC2V 5EH, England
t: +44 20 7614 2229 | f: +44 20 7600 1698 | m: +44 7501 681 689
www.clearygottlieb.com | jturner@cgsh.com

---

**From:** Phil Duignan [mailto:Phil.Duignan@dwf.co.uk]
**Sent:** 27 July 2015 14:32
**To:** Turner, Jacob
**Cc:** Jon Hainey; Kelly, Jonathan; Barker, Paul; Grant, Adam
**Subject:** Rio Tinto v Vale S.A - Third Witness Statement of John Ashton Humphrey [DWFLLP-ACTIVE.FID3476416]

Dear Sirs,

In accordance with paragraph 16 of the Order of Mrs Justice Richards DBE dated 30 June 2015, please find attached by way of service the third witness statement of Mr John Ashton Humphrey.

Kind regards,


**Phil Duignan** Associate
Litigation, Commercial Litigation
**DD** +44 161 838 0305 **DDI** 842305 **M** +44 7720 321 935

**DWF LLP**
1 Scott Place 2 Hardman Street Manchester M3 3AA
**T** +44 3333 20 22 20 **F** +44 3333 20 44 40



**We care about the environment - please think before you print**

1

**Visiting DWF:** We aim to ensure anyone who visits a DWF office enjoys a positive experience during their time with us. For further information regarding accessibility and any other requirements, contact our Client Support team on 03330 146682, or via email

Read our latest Annual Review and CSR Report

**IMPORTANT PLEASE READ:** This e-mail and its contents are confidential, protected by law and legally privileged. Only access by the addressee is authorised. Any liability (in negligence, contract or otherwise) arising from any third party taking any action, or refraining from taking any action on the basis of any of the information contained in this e-mail is hereby excluded. In the event that you are not the addressee, please notify the sender immediately. Do not discuss, disclose the contents to any person, or store or copy the information in any medium or use it for any purpose whatsoever. Copyright in this e-mail (and any attachments created by DWF LLP in England and Scotland, or DWF in Ireland, belongs to DWF LLP which asserts the right to be identified as such and hereby objects to any misuse thereof. For the avoidance of doubt, DWF LLP in England and Scotland, and DWF in Ireland, does not accept service of documents by e-mail, and the use of e-mail does not imply that it is willing to do so, unless otherwise expressly agreed.

DWF LLP is a limited liability partnership registered in England and Wales with registered number OC328794. The term Partner is used to refer to a Member of DWF LLP or an employee or consultant with equivalent standing and qualifications. A list of the Members of DWF LLP and of the Non-Members who are designated as Partners is open to inspection at its registered office, Scott Place, 2 Hardman Street, Manchester M3 3AA. Also at **www.dwf.co.uk**

DWF LLP (registered number OC328794) is authorised and regulated by the Solicitors Regulation Authority. DWF LLP is also recognised as an incorporated practice with the Law Society of Scotland (registered number 43186). Authorised and regulated by the Financial Conduct Authority.

DWF in Ireland is a partnership regulated by the Law Society of Ireland.

The recipient of this e-mail will, at all times, be dealing with DWF LLP unless it is clear from the context or specifically attributed to DWF in Ireland.