# Jaime Kaplan

| | |
|---|---|
| **From:** | Reents, Scott <sreents@cgsh.com> |
| **Sent:** | Friday, March 27, 2015 5:36 PM |
| **To:** | Eric Lyttle; Meghan McCaffrey; Mike Lyle; William Burck; Stephen Hauss; Jaime Kaplan; Keith Forst |
| **Cc:** | Liman, Lewis J.; Blackman, Jonathan I.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Karlan, Matthew M. |
| **Subject:** | RE: Rio Tinto v. Vale, 14 Civ. 3042 (SDNY) |
| **Attachments:** | Rio Tinto v. Vale:  Categorical Privilege Log |

Eric,

It is not clear to me to what you are referring.  Your logs are deficient for the reasons we identified in our letter.

We did have a conversation with Jaime Kaplan about BSGR's and Mr. Steinmetz's logs, in which we said they appeared to comply with the format requirements because – unlike Rio Tinto's log – they were appropriately detailed and specific.  We explicitly discussed in that conversation what we set forth in our letter – that the parties need to include detail sufficient to allow for a fair evaluation of the claim of privilege.  This is in fact reflected in Jaime's summary of that conversation (attached), in which he discusses a potential "back-and-forth" over the "specificity" of the categories and the need for "additional detail."  Jaime stated that Rio Tinto was "on board" with such a process.

Our position is clearly stated in our letter, though we are available to discuss further if necessary.  We await your response and the delivery of the information we require.  If you do not agree with our position, we are prepared to address it with the Court and obtain the Court's direction.

Scott

_____
Scott Reents
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jjordan@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2603 | f: +1 212 225 3999
www.clearygottlieb.com | sreents@cgsh.com

---

**From:** Eric Lyttle [mailto:EricLyttle@quinnemanuel.com]
**Sent:** Friday, March 27, 2015 2:36 PM
**To:** Reents, Scott; Meghan McCaffrey; Mike Lyle; William Burck; Stephen Hauss; Jaime Kaplan; Keith Forst
**Cc:** Liman, Lewis J.; Blackman, Jonathan I.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Karlan, Matthew M.
**Subject:** RE: Rio Tinto v. Vale, 14 Civ. 3042 (SDNY)

Lewis and Scott, I believe we called you specifically to discuss the format and content of the priv logs before we prepared ours.  We believed our log conformed with that conversation.  It therefore would be helpful if you could explain your concerns in light of that conversation.

---

**From:** Reents, Scott [mailto:sreents@cgsh.com]
**Sent:** Friday, March 27, 2015 2:17 PM
**To:** Meghan McCaffrey; Eric Lyttle; Mike Lyle; William Burck; Stephen Hauss; Jaime Kaplan; Keith Forst

**Cc:** Liman, Lewis J.; Blackman, Jonathan I.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Karlan, Matthew M.
**Subject:** Rio Tinto v. Vale, 14 Civ. 3042 (SDNY)

Counsel,

Please see the attached correspondence.

Regards,
Scott

_____

Scott Reents
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jjordan@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2603 | f: +1 212 225 3999
www.clearygottlieb.com | sreents@cgsh.com


This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.