# Jaime Kaplan

| | |
|---|---|
| **From:** | Reents, Scott <sreents@cgsh.com> |
| **Sent:** | Monday, April 13, 2015 7:06 PM |
| **To:** | Jaime Kaplan; Meghan McCaffrey; Eric Lyttle; Mike Lyle; William Burck; Stephen Hauss; Keith Forst |
| **Cc:** | Liman, Lewis J.; Blackman, Jonathan I.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Karlan, Matthew M. |
| **Subject:** | RE: Rio Tinto v. Vale, 14 Civ. 3042 (SDNY) |

Jaime,

We did not say nor mean to imply that we expect to have disputes with Rio Tinto's logs, only that we would want time to raise any disputes we might have. Judge Peck's instructions call for disputes to be raised on a timely basis and we do not think it is in anyone's interests for you to serve logs so late that issues cannot practically be raised. We agree that a May 1 production of your logs would not leave much time to meet and confer and would therefore welcome an earlier production. Please let us know how much before May 1 you can produce your revised logs.

We have not described to Rio Tinto any specific level of detail it must provide in its log, nor could we without knowing the content of the purportedly privileged communications Rio Tinto is withholding. We can confirm that we will adhere to the same legal standards in our privilege logs we have asked Rio Tinto to adhere to.

Regards,

_____
Scott Reents
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jjordan@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2603 | f: +1 212 225 3999
www.clearygottlieb.com | sreents@cgsh.com

---

**From:** Jaime Kaplan [mailto:jaimekaplan@quinnemanuel.com]
**Sent:** Friday, April 10, 2015 4:44 PM
**To:** Reents, Scott; Meghan McCaffrey; Eric Lyttle; Mike Lyle; William Burck; Stephen Hauss; Keith Forst
**Cc:** Liman, Lewis J.; Blackman, Jonathan I.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Karlan, Matthew M.
**Subject:** RE: Rio Tinto v. Vale, 14 Civ. 3042 (SDNY)

Scott,

With respect to timing, we can deliver the logs by May 1. That said, we are disappointed to hear that Vale is already planning to tee up disputes (that currently do not exist) over the logs in advance of the May 8 conference. The joint letter is due May 6. That means that Vale plans to allow for *two business days* (and perhaps a weekend) to (1) review Rio Tinto's Amended BHP Privilege Log (which will log over 6,000 documents) and the claw back log, (2) come up with a list of complaints, and (3) meet and confer with Rio Tinto to see if the parties can resolve any issues that may remain. This schedule does not leave much time for step #3 (despite our willingness to meet and confer on the issue of the privilege logs). We hope that despite your proposed schedule, Vale will meet and confer in good faith to discuss what appear to be predetermined concerns over our not-yet-served amended log before rushing off to court.

We also note that we remain confused with your position that the BHP privilege log does not comply with the rules or the ESI protocol in light of the seal of approval you gave the logs of BSGR and Steinmetz. Putting that issue aside, during

our call on March 30, you told us that Vale would provide whatever level detail it is seeking from Rio Tinto in its own logs when Vale eventually produces them.  Please confirm that Vale will do so.

Best,
Jaime

**Jaime Kaplan**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

777 6th Street, NW, 11th Floor
Washington, D.C. 20001
202-538-8194 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
jaimekaplan@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Reents, Scott [mailto:sreents@cgsh.com]
**Sent:** Thursday, April 09, 2015 6:31 PM
**To:** Jaime Kaplan; Meghan McCaffrey; Eric Lyttle; Mike Lyle; William Burck; Stephen Hauss; Keith Forst
**Cc:** Liman, Lewis J.; Blackman, Jonathan I.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Karlan, Matthew M.
**Subject:** RE: Rio Tinto v. Vale, 14 Civ. 3042 (SDNY)

Eric and Jaime,

We appreciate your agreement to revise your categorical privilege log to conform with the rules and the agreement of the parties, and to provide a document-by-document privilege log for the documents you purport to claw back.  So that we may raise any disputes prior to our next conference before Judge Peck on May 8, we ask that you provide both of these logs no later than May 1.

Regards,
Scott

_____
Scott Reents
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jjordan@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2603 | f: +1 212 225 3999
www.clearygottlieb.com | sreents@cgsh.com

**From:** Jaime Kaplan [mailto:jaimekaplan@quinnemanuel.com]
**Sent:** Friday, April 03, 2015 2:17 PM
**To:** Reents, Scott; Meghan McCaffrey; Eric Lyttle; Mike Lyle; William Burck; Stephen Hauss; Keith Forst
**Cc:** Liman, Lewis J.; Blackman, Jonathan I.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Karlan, Matthew M.
**Subject:** RE: Rio Tinto v. Vale, 14 Civ. 3042 (SDNY)

Counsel,

Please see the attached correspondence.

Regards,
Jaime

---

**From:** Reents, Scott [mailto:sreents@cgsh.com]
**Sent:** Friday, March 27, 2015 2:17 PM
**To:** Meghan McCaffrey; Eric Lyttle; Mike Lyle; William Burck; Stephen Hauss; Jaime Kaplan; Keith Forst
**Cc:** Liman, Lewis J.; Blackman, Jonathan I.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Karlan, Matthew M.
**Subject:** Rio Tinto v. Vale, 14 Civ. 3042 (SDNY)

Counsel,
Please see the attached correspondence.

Regards,
Scott

---

Scott Reents
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jjordan@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2603 | f: +1 212 225 3999
www.clearygottlieb.com | sreents@cgsh.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.