# EXHIBIT A

| | |
|---|---|
| **From:** | Mike Lyle <MikeLyle@quinnemanuel.com> |
| **Sent:** | Thursday, September 17, 2015 2:29 PM |
| **To:** | Grant, Adam; Liman, Lewis J.; Karlan, Matthew M.; Blackman, Jonathan I. |
| **Cc:** | Eric Lyttle; Meghan McCaffrey |
| **Subject:** | FW: Document Collection |
| **Importance:** | High |

Counsel, Please see the below from Messrs. Brown and Leighton.  Best, Mike

**From:** Nigel Brown-Dangate [mailto:n.brown@dangate.co.uk]
**Sent:** Thursday, September 17, 2015 9:25 AM
**To:** Mike Lyle <MikeLyle@quinnemanuel.com>
**Cc:** Eric Lyttle <EricLyttle@quinnemanuel.com>; William Burck <WilliamBurck@quinnemanuel.com>; 'Tony Imossi, Barringtons' <t.imossi@barringtonlondon.com>; Alec Leighton <alecleighton@btinternet.com>
**Subject:** RE: Document Collection
**Importance:** High

Dear Mike

Thank you for your email, the contents of which are duly noted.

We very much appreciate your firms eagerness and support in us collecting the relevant data as it pertains to the litigation, RTZ-Vale et al.  We are very cognisant of the need to comply with the High Court order and we appreciate your insistence that we do all we can in order to bring this data to disclosure to your firm and Cleary as soon as possible.

We have now completed the three days of the document review and are in a position to provide what we have discovered.  However, we are a professional organisation and maintain our credibility and reputation through ethical processes and are always conscious of complying with local and international laws. The order that was served on myself and Alec Leighton raises significant questions as to who exactly would be entitled to this data and the parameters of that data.  The order does not in any way specify that we should disclose this data to anyone, in fact it only requires us to appear before the Judge at the High Court in London to be interviewed.   Therefore, without further direction from the High Court and despite your eagerness, we believe we would not be acting properly to simply disclose our findings.

Further, we believe that the Judge in this case was not furnished or made aware of all the very relevant information to have made such an order, which had he been, the parameters of the order, would most likely have been very different.  Why these facts were not disclosed, we are not in a position to say, but will certainly disclose them at the hearing.

Finally, over the last 48 hours, it has now transpired that Cleary have potentially acted completely inappropriately in areas relating to the collection and controlling of personal data in this case.  In fact, we are of the opinion that significant criminal offences have been committed.

In light of the above, I and Alec Leighton will not be communicating with Cleary Gottlieb Steen & Hamilton LLP any further, but our firm will be writing to them under separate cover.

I apologize to both QE and RTZ and in fact all the litigants for taking this position, but I trust you understand we can only act within the laws of the United Kingdom.

Regards

Nigel


Nigel Brown
*International investigations in the private sector*



T: +44 (0)203 397 2715 - F: +44 (0)203 397 2714 - M: +44 7831302111
E: n.brown@BarringtonLondon.com

Barrington London Ltd (08851260) R/O Winnington House (2nd floor) 2 Woodberry Grove London N12 0DR United Kingdom



ALSO- Dangate Consulting Ltd

---

**From:** Mike Lyle [mailto:MikeLyle@quinnemanuel.com]
**Sent:** 16 September 2015 19:02
**To:** Nigel- dangate <n.brown@dangate.co.uk>
**Cc:** Eric Lyttle <EricLyttle@quinnemanuel.com>; William Burck <WilliamBurck@quinnemanuel.com>
**Subject:** Document Collection

Nigel – Thank you for speaking with us yesterday. We appreciate your ongoing efforts to collect your documents related to the work you and Alec performed for Rio Tinto on Simandou. We look forward to receiving them from you so that we may review them before providing them to Vale as appropriate.

During our discussion, you also raised with us that you and Alec were concerned with turning over the requested documents absent an order from the English court related to the documents. If that remains your concern, we believe that you should advise Vale's lawyers at Cleary Gottlieb as soon as you can so that they have an opportunity to pursue an appropriate order from the English court.

Thank you again for all of your efforts.

Regards, Mike.