# Shauneida DePeiza

| | |
|---|---|
| **From:** | Shauneida DePeiza |
| **Sent:** | Monday, September 21, 2015 12:01 PM |
| **To:** | 'Meghan McCaffrey' |
| **Cc:** | Karlan, Matthew M.; Daniel Koffmann; Vincent Filardo; Elizabeth Rotenberg-Schwartz; Peter D'Agostino; psummit@sandw.com; nkumaraswami@sandw.com; auerbach@mjaesq.com; Tim McCarthy; Mark Lee; Eric Lyttle; Jaime Kaplan; Keith Forst; Mike Bonanno; Mike Lyle; Selina MacLaren; Stephen Hauss; William Burck; Blackman, Jonathan I.; Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Reents, Scott |
| **Subject:** | RE: Rio Tinto v. Vale -- Joint Letter |

Below is a list of reports we would like de-designated from "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY".  The basis is the same for all of the challenges below:  we require the assistance from our clients to prepare for the upcoming examinations of Tara O'Connor (Africa Risk Consulting), John Humphrey (BTG Intelligence), Mark Huband (Livingstone and Company), Nigel Brown and Alec Leighton.

Africa Risk Consulting:
- "Interim Draft: Project Isiro Profiles" dated 18 May 2009
- "Report: Project Isiro" dated 26 June 2009;
- "Report: Project Isiro, Section II: Corruption Risk Enquiry, Draft Report" dated 1 July 2009
- "Corruption Risk Enquiry, Draft Report" dated 1 July 2009
- "Economic Indicators" dated 6 July 2009
- "Guinea Briefing" and "Chronology" dated 11 August 2009
- "Project Isiro II, Draft Report" dated 12 August 2009
- "Memo Project Isiro" dated 8 September 2009
- "Guinea Briefing" dated 23 October 2009
- "Poisoning stirs Peulh Malinke tensions" dated 1 November 2010
- "Key Findings" dated 7 November 2010

BTG Intelligence
- Project Raven, dated 19 July 2010
- Project Raven – Part 2, dated 19 July 2010

Livingstone and Company
- "Guinea – Political Economic and Security Monitor (Report One)" dated 10 February 2010
- "Guinea/Liberia – Beny Steinmetz" dated 7 May 2010
- "Abu Dhabi – Abdul Rahman Al Muhairi" dated 11 May 2010
- "Guinea (Report One - Preliminary)" dated I June 2010
- "Guinea (Report One – Final)" dated 11 June 2010
- "Guinea (Report Two)" dated 11 June 2010
- "Guinea (Report Three)," dated 18 June 2010
- "The Political Landscape in Guinea" dated 18 June 2010
- "Guinea (Report Four)" dated 25 June 2010
- "Guinea (Report Four – Supplementary 2)" dated 27 June 2010
- "Guinea (Report Four - Supplementary 3)" dated 28 June 2010
- "Guinea (Report Five)" dated 2 July 2010
- "Guinea (Report Six)" dated 9 July 2010

- "Guinea (Report Seven)" dated 16 July 2010
- "Guinea (Report Eight)" dated 21 July 2010
- "Guinea (Report Nine)" dated 30 July 2010
- "Guinea (Report Ten)," dated 6 August 2010
- "Guinea (Report Eleven)" dated 11 August 2010
- "Guinea (Report Twelve)" dated 13 August 2010

Best Regards,
Shauneida

Shauneida C. DePeiza Saldenha
Associate
**Mishcon de Reya New York LLP**
750 Seventh Avenue, 26th Floor
New York, NY 10019
Direct: 212-612-3291
Fax: 212-612-3297
shauneida.depeiza@mishcon.com
www.mishconnewyork.com

---

**From:** Meghan McCaffrey [mailto:meghanmccaffrey@quinnemanuel.com]
**Sent:** Monday, September 21, 2015 10:53 AM
**To:** Shauneida DePeiza
**Cc:** Karlan, Matthew M.; Daniel Koffmann; Vincent Filardo; Elizabeth Rotenberg-Schwartz; Peter D'Agostino; psummit@sandw.com; nkumaraswami@sandw.com; auerbach@mjaesq.com; Tim McCarthy; Mark Lee; Eric Lyttle; Jaime Kaplan; Keith Forst; Mike Bonanno; Mike Lyle; Selina MacLaren; Stephen Hauss; William Burck; Blackman, Jonathan I.; Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Reents, Scott
**Subject:** RE: Rio Tinto v. Vale -- Joint Letter

Shauneida,

When BSGR describes which reports it would like de-designated and describes with particularity the basis for each of its challenges, we will then meet and confer in good faith to resolve that challenge.

Best,
Meghan

**Meghan McCaffrey**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

777 6th Street, NW, 11th Floor
Washington, D.C. 20001
202-538-8177 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
meghanmccaffrey@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Shauneida DePeiza [mailto:Shauneida.Depeiza@Mishcon.com]
**Sent:** Monday, September 21, 2015 9:53 AM
**To:** Meghan McCaffrey
**Cc:** Karlan, Matthew M.; Daniel Koffmann; Vincent Filardo; Elizabeth Rotenberg-Schwartz; Peter D'Agostino; psummit@sandw.com; nkumaraswami@sandw.com; auerbach@mjaesq.com; Tim McCarthy; Mark Lee; Eric Lyttle; Jaime Kaplan; Keith Forst; Mike Bonanno; Mike Lyle; Selina MacLaren; Stephen Hauss; William Burck; Blackman, Jonathan I.; Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Reents, Scott
**Subject:** RE: Rio Tinto v. Vale -- Joint Letter

Meghan:

Is Quinn willing to agree to de-designate the copies of the investigative reports that contain redacted names and descriptions of sources?

**From:** Meghan McCaffrey [mailto:meghanmccaffrey@quinnemanuel.com]
**Sent:** Monday, September 21, 2015 9:41 AM
**To:** Shauneida DePeiza
**Cc:** Karlan, Matthew M.; Daniel Koffmann; Vincent Filardo; Elizabeth Rotenberg-Schwartz; Peter D'Agostino; psummit@sandw.com; nkumaraswami@sandw.com; auerbach@mjaesq.com; Tim McCarthy; Mark Lee; Eric Lyttle; Jaime Kaplan; Keith Forst; Mike Bonanno; Mike Lyle; Selina MacLaren; Stephen Hauss; William Burck; Blackman, Jonathan I.; Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Reents, Scott
**Subject:** RE: Rio Tinto v. Vale -- Joint Letter

Shauneida,

As you're no doubt aware (but seem to have forgotten), BSGR agreed to the entry of an ESI Protocol that dictates certain steps for challenging confidentiality designations. In particular, under Section 5 of the ESI Protocol, BSGR is required to provide written notice of each designation it's challenging, describe with particularity the basis for the challenge, and then meet and confer in good faith to resolve that challenge. If and only if the parties are unable to resolve the confidentiality challenge in that process is BSGR then entitled to raise this issue with the Court.

This is the first we've heard of BSGR's intent to challenge the confidentiality designation of the investigative reports. To say your challenge is not ripe for decision is an understatement.

Best,
Meghan


**Meghan McCaffrey**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

777 6th Street, NW, 11th Floor
Washington, D.C. 20001
202-538-8177 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
meghanmccaffrey@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Shauneida DePeiza [mailto:Shauneida.Depeiza@Mishcon.com]
**Sent:** Monday, September 21, 2015 9:23 AM
**To:** Meghan McCaffrey
**Cc:** Karlan, Matthew M.; Daniel Koffmann; Vincent Filardo; Elizabeth Rotenberg-Schwartz; Peter D'Agostino; psummit@sandw.com; nkumaraswami@sandw.com; auerbach@mjaesq.com; Tim McCarthy; Mark Lee; Eric Lyttle; Jaime Kaplan; Keith Forst; Mike Bonanno; Mike Lyle; Selina MacLaren; Stephen Hauss; William Burck; Blackman, Jonathan I.; Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Reents, Scott
**Subject:** RE: Rio Tinto v. Vale -- Joint Letter

Counsel:

BSGR will affirmative raise the issue of de-designation the investigative reports in today's Joint Letter.

Best Regards,
Shauneida

Shauneida C. DePeiza Saldenha
Associate
**Mishcon de Reya New York LLP**
750 Seventh Avenue, 26th Floor
New York, NY 10019
Direct: 212-612-3291
Fax: 212-612-3297
shauneida.depeiza@mishcon.com
www.mishconnewyork.com


**From:** Shauneida DePeiza
**Sent:** Sunday, September 20, 2015 7:21 PM
**To:** Meghan McCaffrey
**Cc:** Karlan, Matthew M.; Daniel Koffmann; Vincent Filardo; Elizabeth Rotenberg-Schwartz; Dan Mandell; Peter D'Agostino; psummit@sandw.com; nkumaraswami@sandw.com; auerbach@mjaesq.com; Tim McCarthy; Mark Lee; Eric Lyttle; Jaime Kaplan; Keith Forst; Mike Bonanno; Mike Lyle; Selina MacLaren; Stephen Hauss; William Burck; Blackman, Jonathan I.; Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Reents, Scott
**Subject:** Re: Rio Tinto v. Vale -- Joint Letter

Counsel:

At the last status hearing, Judge Peck stated that issues relating to BSGR's alleged document production deficiencies should be raised before the English court. Nevertheless, BSGR will only be responding to the Joint Letter topics.

Best Regards,
Shauneida


On Sep 20, 2015, at 6:06 PM, Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com> wrote:

> Counsel,
>
> Please see Rio Tinto's Joint Letter topics below.
>
> Thanks,

Meghan

**Vale**

1. Vale's Failure to Produce all "Trojan Horse" Documents
2. Vale's Production of Final and Draft Reports from Ernst and Young
3. Vale's Refusal to Produce Due Diligence Documents Through May 30, 2010
4. Vale's Inappropriate Confidentiality Designations

**Thiam**

1. Thiam's Deficient Production

**VBG**

1. VBG's Failure to Produce Documents

**BSGR/Steinmetz**

1. BSGR and Steinmetz's Deficient Document Production

**Meghan McCaffrey**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

777 6th Street, NW, 11th Floor
Washington, D.C. 20001
202-538-8177 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
meghanmccaffrey@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Karlan, Matthew M. [mailto:mkarlan@cgsh.com]
**Sent:** Friday, September 18, 2015 6:13 PM
**To:** Daniel Koffmann; 'Vincent.Filardo@Mishcon.com'; 'Elizabeth.Rotenberg-Schwartz@Mishcon.com'; 'Dan Mandell'; 'Peter D'Agostino'; psummit@sandw.com; 'nkumaraswami@sandw.com'; auerbach@mjaesq.com; Tim McCarthy; Shauneida.Depeiza@Mishcon.com; mark.lee@mishcon.com; Eric Lyttle; Jaime Kaplan; Keith Forst; Meghan McCaffrey; Mike Bonanno; Mike Lyle; Selina MacLaren; Stephen Hauss; William Burck
**Cc:** Blackman, Jonathan I.; Liman, Lewis J.; Morag, Boaz S.; Terceno, Joaquin; Tambay, Esti; Reents, Scott
**Subject:** Rio Tinto v. Vale -- Joint Letter

Counsel,

Vale will be holding the pen on next Monday's joint letter. We will be prepared to exchange letter topics this Sunday evening at 6pm.

Best,
Matt

---

Matthew M. Karlan

Cleary Gottlieb Steen & Hamilton LLP
Assistant: jparsons@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2845 | f: +1 212 225 3999
www.clearygottlieb.com | mkarlan@cgsh.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

---

**Mishcon de Reya New York LLP,** 750 7th Avenue – 26th Floor, New York, NY 10019
Tel +(1) 212-612-3270 Fax +(1) 212-612-3297 www.mishconnewyork.com

 Please consider the environment before printing this e-mail.

This email and any attachment is confidential, may be legally privileged and must not be disclosed to or used by anyone other than the intended recipient. Unauthorized use, disclosure, distribution or copying is prohibited and may be unlawful. If you are not the intended recipient, please notify shauneida.depeiza@mishcon.com and then delete this email.

This email is sent over a public network and its completeness or accuracy cannot be guaranteed. Any attached files were checked with virus detection software before sending, but you should carry out your own virus check before opening them and we do not accept liability for any loss or damage caused by software viruses.

**IRS Circular 230 disclosure:**
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This email message has been scanned for viruses by Mimecast.