```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/24/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
RIO TINTO PLC,                             :
                                           :
                        Plaintiff,         :     Case No. 14-cv-3042 (RMB)
                                           :
            - v -                          :     **MOTION FOR ADMISSION**
                                           :     **PRO HAC VICE**
VALE, S.A., et al.,                        :
                                           :
                        Defendants.        :
------------------------------------------ X

   The motion of Caitlin C. Fahey for admission to practice Pro Hac Vice in the above captioned action is granted.

   Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Caitlin C. Fahey |
| Firm Name: | Sullivan & Worcester LLP |
| Address: | 1633 Broadway |
| City/State/Zip: | New York, NY 10019 |
| Telephone: | 212.660.3000 |
| Facsimile: | 212.660.3001 |
| Email: | cfahey@sandw.com |

   Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant Mahmoud Thiam in the above entitled action;

   IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 24, 2015

_____
United States District Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

*BY ECF*