

Our Ref:   50285.1

750 7th Avenue - 26th floor
New York, NY 10019

www.mishconnewyork.com

September 28, 2015

Direct Tel:   212-612-3265
Direct Fax:  212-612-3297
E-mail:      Vincent.Filardo@Mishcon.com

**VIA ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Rio Tinto plc v. Vale, S.A., et al*,
            Civ. Action No. 14-cv-3042 (RMB) (S.D.N.Y.)

Dear Judge Berman:

    We write jointly on behalf of all appearing parties to request that the Court enter the enclosed proposed second amended scheduling order. All appearing parties have consented to the order.

                    Respectfully,

                    /s/ Vincent Filardo, Jr.
                    Vincent Filardo, Jr.

Enclosure

cc:   Hon. Andrew J. Peck (by hand delivery)
      All Counsel of Record (by e-mail)

Legal1us.293062.1
Switchboard:  +1 212 612 3270
Main Fax:     +1 212 612 3297
New York:  Mishcon de Reya New York LLP
London:    Mishcon de Reya Solicitors
A list of partners is available for inspection at the above address