UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rio Tinto plc,<br><br>            Plaintiff,<br><br>  -against-<br><br>Vale S.A., Benjamin Steinmetz, BSG Resources Limited, VBG–Vale BSGR Limited aka BSG Resources (Guinea) Ltd. Aka BSG Resources Guinée Ltd, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR, Frederic Cilins, Mamadie Touré, and Mahmoud Thiam,<br><br>            Defendants. | 14 Civ. 3042 (RMB) (AJP)<br><br>[Proposed] Second Amended Scheduling Order |

       The Court's orders dated January 15, 2015 (Docket No. 161), January 16, 2015 (Docket No. 163), and June 29, 2015 (Docket No. 288) are hereby amended as follows:

       1.    Depositions and all expert discovery are stayed until the earlier of 30 days after a decision on Defendants' pending Motion to Dismiss the Amended Complaint (Dk. No. 178) or December 2, 2015.

       2.    Notwithstanding paragraph 1 of this Order, (a) any of the documents being produced through the letters rogatory that have been issued to date, and any non-party depositions or examinations that may be taken in connection with those letters rogatory, shall proceed, and (b) any party may seek further letters rogatory for production of documents and/or examination of other non-parties, except for employees or former employees of parties or their affiliates.

       3.    All other aspects of the Scheduling Order remain in effect.  The parties may seek further modification to the Scheduling Order if needed.

1

Dated: New York, New York
    _____, 2015

SO ORDERED

_____
Hon. Richard M. Berman
United States District Judge