UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rio Tinto plc,

        Plaintiff,

-against-

Vale S.A., Benjamin Steinmetz, BSG
Resources Limited, VBG–Vale BSGR
Limited aka BSG Resources (Guinea) Ltd.
Aka BSG Resources Guinée Ltd, BSG
Resources Guinée SARL aka BSG
Resources (Guinea) SARL aka VBG-Vale
BSGR, Frederic Cilins, Mamadie Touré, and
Mahmoud Thiam,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/15
```

14 Civ. 3042 (RMB) (AJP)

[Proposed] Second Amended
Scheduling Order

The Court's orders dated January 15, 2015 (Docket No. 161), January 16, 2015 (Docket No. 163), and June 29, 2015 (Docket No. 288) are hereby amended as follows:

1. Depositions and all expert discovery are stayed until the earlier of 30 days after a decision on Defendants' pending Motion to Dismiss the Amended Complaint (Dk. No. 178) or December 2, 2015.

2. Notwithstanding paragraph 1 of this Order, (a) any of the documents being produced through the letters rogatory that have been issued to date, and any non-party depositions or examinations that may be taken in connection with those letters rogatory, shall proceed, and (b) any party may seek further letters rogatory for production of documents and/or examination of other non-parties, except for employees or former employees of parties or their affiliates.

3. All other aspects of the Scheduling Order remain in effect. The parties may seek further modification to the Scheduling Order if needed.

SO ORDERED:



RICHARD M. BERMAN U.S.D.J.
10/1/15

1