UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

RIO TINTO PLC,                                    :
                                                  :
                        Plaintiff,                :
                                                  :      Case No. 14-cv-3042-RMB-MHD
          - v -                                   :
                                                  :
VALE, S.A., *et al.*,                             :
                                                  :
                        Defendants.               :
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4,  Nita N. Kumaraswami

respectfully moves to withdraw her appearance as attorney for defendant Mahmoud Thiam and

for the Court to direct the Clerk to remove her name from the electronic docket in this case.  Ms.

Kumaraswami has taken a position with another company.  Sullivan & Worcester LLP will

continue as counsel for defendant Mahmoud Thiam.

Dated:  New York, New York                Respectfully submitted,
          October 5, 2015

                                          By:/s/Nita N. Kumaraswami_____
                                               Paul E. Summit
                                               Nita N. Kumaraswami
                                          SULLIVAN & WORCESTER LLP
                                          1633 Broadway, 32nd Floor
                                          New York, New York 10019
                                          Telephone: (212) 660-3000
                                          Facsimile: (212) 660-3001
                                          psummit@sandw.com
                                          nkumaraswami@sandw.com

                                          *Attorneys for defendant Mahmoud Thiam*

SO ORDERED:


_____
Hon. Richard M. Berman