USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/6/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
RIO TINTO PLC,

          Plaintiff,

    - v -

VALE, S.A., *et al.*,

          Defendants.

---------------------------------------- X

Case No. 14-cv-3042-RMB-M~~HD~~

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4, Nita N. Kumaraswami respectfully moves to withdraw her appearance as attorney for defendant Mahmoud Thiam and for the Court to direct the Clerk to remove her name from the electronic docket in this case. Ms. Kumaraswami has taken a position with another company. Sullivan & Worcester LLP will continue as counsel for defendant Mahmoud Thiam.

Dated: New York, New York  
       October 5, 2015

Respectfully submitted,

By: /s/Nita N. Kumaraswami
    Paul E. Summit
    Nita N. Kumaraswami
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
psummit@sandw.com
nkumaraswami@sandw.com

*Attorneys for defendant Mahmoud Thiam*

SO ORDERED:

_____ 10/6/15
Hon. Richard M. Berman

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

