```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rio Tinto plc,

Plaintiff,

v.

Vale S.A., Benjamin Steinmetz, BSG Resources Limited, VBG–Vale BSGR Limited aka BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR, Frederic Cilins, Mamadie Touré, and Mahmoud Thiam,

Defendants.

Civil Action No. 14-cv-3042 (RMB)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on April 30, 2014, with the filing of a Summons and Complaint. A copy of the Summons and Complaint was served on Defendant Mamadie Touré through personal service, by personal delivery, at location in Jacksonville, Florida 32225.[1] Proof of that service was filed in this Court on June 27, 2014. 14-cv-03042-RMB (S.D.N.Y.), Dkt. 46. On August 15, 2014, Plaintiff filed an Amended Complaint. A copy of the Amended Complaint was served on Defendant Touré through personal service, by personal delivery at, at 4866 Yacht Basin Drive, Jacksonville, Florida 32225. Proof of that service was filed in this Court on September 10, 2014. 14-cv-03042-RMB (S.D.N.Y.), Dkt. 85.

---

[1] The exact address at which Defendant Touré was served with the original Complaint has been redacted from the Affidavit of Service filed on the public docket.

I further certify that the docket entries indicate that Defendant Touré has not filed an answer or otherwise moved with respect to the Complaint or Amended Complaint. The default of Defendant Touré is hereby noted.

Dated: New York, New York.

October 23, 2015

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk