**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
Rio Tinto plc,                                    :
                Plaintiff,          :          14 Civ. 3042  (RMB) (AJP)
                                                  :
    - v. -                                     :                **ORDER**
                                                  :
Vale S.A., Benjamin Steinmetz, BSG Resources       :
Limited, VBG-VALE BSGR Limited aka BSG             :
Resources (Guinea) Ltd. aka BSG Resources          :
Guinée Ltd., BSG Resources Guinée SARL aka         :
BSG Resources (Guinea) SARL aka VBG-Vale           :
BSGR, Frederic Cilins, Mamadie Touré, and          :
Mahmoud Thiam                                       :
                                                  :
            Defendants.          :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **10/23/15**

Brief argument on Defendants' motion to dismiss (i.e., 10-15 minutes per side) is

hereby scheduled for Tuesday, October 27, 2015, at 9:30 a.m. in Courtroom 17B of the

Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York 10007.

Dated: New York, New York

      October 23, 2015

                           RMB

                        **RICHARD M. BERMAN, U.S.D.J.**