UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Rio Tinto plc,

                Plaintiff,

        - v. -

Vale S.A., Benjamin Steinmetz, BSG Resources Limited, VBG-VALE BSGR Limited aka BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd., BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR, Frederic Cilins, Mamadie Touré, and Mahmoud Thiam

                Defendants.
------------------------------------------------------------x

14 Civ. 3042 (RMB) (AJP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/15

Oral argument on Defendants' motion to dismiss, originally scheduled for Tuesday, October 27, 2015, at 9:30 a.m., is now scheduled for Tuesday, October 27, 2015 at 10:30 a.m.

Dated: New York, New York

       October 26, 2015

_____
**RICHARD M. BERMAN**

U.S.D.J.