UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/9/15

Rio Tinto plc,

Plaintiff,

v.

Vale, S.A., Benjamin Steinmetz, BSG Resources Limited, BSG Resources (Guinea) Ltd. aka BSG Resources Guinée Ltd, BSGR Guinea Ltd. BVI, BSG Resources Guinée SARL aka BSG Resources (Guinea) SARL aka VBG-Vale BSGR Guinea, Frederic Cilins, Michael Noy, Avraham Lev Ran, Mamadie Touré, and Mahmoud Thiam,

Defendants.

Civil Action No. 14-cv-3042 (RMB)

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Mike Bonanno for admission to practice Pro Hac Vice in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Mike Bonanno
> Quinn Emanuel Urquhart & Sullivan, LLP
> 777 6th Street NW, 11th floor
> Washington, DC 20001
> Tel: 202-538-8000
> Fax: 202-538-8100
> mikebonanno@quinnemanuel.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Rio Tinto plc in the above-captioned action;

It is hereby **ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned proceeding in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/6/15

HONORABLE ~~RICHARD M. BERMAN~~
UNITED STATES ~~DISTRI~~CT JUDGE

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Agreed! /s/ [signature]

BY ECF