UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RIO TINTO PLC,

                Plaintiff,          :      14 Civ. 3042 (RMB)(AJP)

      -against-                    :

                                                 <u>ORDER</u>

                                               :

VALE S.A., et al.,

                                               :

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        The November 17, 2015 conference is moved from 11:30 AM to 10:30 AM.

        SO ORDERED.

Dated:      New York, New York
              November 16, 2015

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                              Judge Berman