# EXHIBIT B

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 14-CV-3042

*RIO TINTO PLC*

                                  *Plaintiff,*

    *-against-*

*VALE, S.A., ET AL,*

                                  *Defendants.*

*State Of New York, County of New York SS:*
**DOMINIK PRZYBYLO**
Being duly sworn, deposes and says that he is over eighteen years of age, is not a party to this action, and resides in the State of New York.

That on the 21ST day of **AUGUST, 2015** At: **5:11 PM**

At: **1441 BROADWAY, SUITE 5020, NEW YORK, NEW YORK 10018**

Deponent served the: **PLAINTIFF RIO TINTO PLC'S NOTICE OF SUBPOENA DUCES TECUM; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES**

Upon:   **SNC-LAVALIN**

    **PERSONAL SERVICE ON CORPORATION**
    A corporation, by delivering thereat a true copy to **MYRNA HENDERSON (ADMINISTRATOR)** who stated, that she is the said individual *Authorized to Accept Service* on behalf of **SNC-LAVALIN**.

    **DESCRIPTION** – Deponent describes the individual served as follows:
    Sex: **FEMALE** Color: **BLACK** Hair: **AUBURN** App. Age: **42** App. Ht. **5'6"** App. Wt. **200 lbs.**
    Other identifying features:

    Subscribed and sworn to before
    me this 24TH day of **AUGUST, 2015**

**JOLANTYNA CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2016

DOMINIK PRZYBYLO #146-8483

SPECIAL LEGAL SUPPORT, INC. # 1469501-DCA
475 PARK AVE SOUTH, 30th FLOOR
NEW YORK, NEW YORK 10016
TEL. (212) 889-3201