**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RIO TINTO PLC,

               Plaintiff,                 14 **CIVIL** 3042 (RMB)(AJP)

    -against-                 **JUDGMENT**

VALE S.A., BENJAMIN STEINMETZ,
BSG RESOURCES LIMITED,
BSG RESOURCES (GUINEA) LTD.,
BSGR GUINEA LTD. BVI,
BSG RESOURCES GUINEE SARL,
FREDERIC CILINS, MAMADIE TOURE,
and MAHMOUD THIAM,
               Defendants.
------------------------------------------------------------X

      Whereas on February 6, 2015, Vale, Steinmetz, BSGR, and Thiam (collectively, "Defendants") having moved jointly to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Richard Berman, United States District Judge, and the Court, on November 20, 2015, having rendered its Decision and Order (Doc. #408) granting Defendants' motion to dismiss the Amended Complaint (Doc. #178), dismissing Plaintiff's Federal claims with prejudice and dismissing Plaintiff's state law claims without prejudice; and requesting the Clerk of Court to respectfully close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 20, 2015, Defendants' motion to dismiss the Amended Complaint (Doc. #178) is granted. Plaintiff's Federal claims are dismissed with prejudice and Plaintiff's state law claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
November 20, 2015

**RUBY J. KRAJICK**

**BY:** *K. Mango*

_____
**Clerk of Court**

_____
**Deputy Clerk**