UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
RIO TINTO PLC,

                Plaintiff,

      v.

VALE S.A., BENJAMIN STEINMETZ, BSG RESOURCES LIMITED, VBG-VALE BSGR LIMITED AKA BSG RESOURCES (GUINEA) LTD. AKA BSG RESOURCES GUINÉE LTD, BSG RESOURCES GUINÉE SARL AKA BSG RESOURCES (GUINEA) SARL AKA VBG-VALE BSGR, FREDERIC CILINS, MAMADIE TOURÉ, and MAHMOUD THIAM,

                Defendants.
-------------------------------------------------------x

**Case No. 14-cv-3042 (RMB) (AJP)**

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, Elizabeth M. Rotenberg-Schwartz of Mishcon de Reya New York LLP respectfully moves to withdraw her appearance as counsel for defendants BSG Resources Limited and Benjamin Steinmetz in the above-captioned action, and for the Court to direct the Clerk to remove her name from the electronic docket in this case.

Ms. Rotenberg-Schwartz has resigned from Mishcon de Reya New York LLP, effective December 31, 2015. Mishcon de Reya New York LLP will continue as counsel for defendants BSG Resources Limited and Benjamin Steinmetz.

Legal1us.293526.1

Dated: New York, New York
       December 2, 2015

Respectfully submitted,

By:  /s/ Elizabeth M. Rotenberg-Schwartz
     Elizabeth M. Rotenberg-Schwartz
     Vincent Filardo, Jr.

MISHCON DE REYA NEW YORK LLP
2 Park Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 612-3270
Facsimile: (212) 612-3297
E-mail: vincent.filardo@mishcon.com

*Attorney for Defendants BSG Resources Limited and Benjamin Steinmetz*

SO ORDERED:

_____
Hon. Richard M. Berman