▶ RECENT PROGRAMS | POLITICS | ARTS | NATION | WORLD | ECONOMY | SCIENCE | HEALTH | EDUCATION | TEA

THE RUNDOWN



TOPICS > POLITICS

# Guinea Officials Surrender as Junta Chief Claims Presidency

BY ADMIN  *December 25, 2008 at 12:20 PM EST*


*Guinea coup leader Moussa Camara on TV; AP photo*

Camara led a military faction that seized power Tuesday after the death of President Lansana Conte. Conte ruled the country for 24 years and died Monday after a long illness.

**RELATED LINKS**
In-depth Coverage: World View

Prime Minister Ahmed Tidiane Souare told Camara on a live radio broadcast: "We are at your disposal." The government leaders were then free to leave, reported private radio station Liberte FM, according to the Associated Press.

Souare had not been seen in public since Camara's group of junior officers declared a coup Tuesday, though he had said the following day that he was still in charge.

On Wednesday, crowds cheered Camara on the streets of the country's capital Conakry as a military convoy proceeded to the presidential palace.

Camara has declared himself the country's interim leader and said presidential elections will be held in 2010. He said on radio broadcasts that he has no intention of running but that his group wanted to re-establish order in Guinea.

SUPPORT FOR PBS NEWSHOUR PROVIDED BY

**THE RUNDOWN**

Obama 'won't be afraid' to use veto pen against GOP-controlled Congress

What will Obama's final two years as president bring?

NATO marks end of combat mission in Afghanistan

Search halted for missing plane as night falls

READ MORE



Cited in Rio Tinto PLC v. Vale SA 14Civ3042 Decided 12/17/14
Archived on 12/29/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

Under Guinea's constitution, Parliament leader Aboubacar Sompare had been the next in line for the presidency, according to the AP.

Though many people in Conakry said they supported the coup and were ready for a change, some expressed concern about Camara's group.

"We are all worried. Although I'm a little bit happy, I'm mostly anxious," said Yahya Sako, a radio and TV repairman in the northern town of Siguiri, reported the AP. "Are these military people going to continue to hold on to power?"

Guinea has a population of about 10 million and is the world's largest exporter of bauxite, which is used to make aluminum.

The country also has gold, diamond and iron ore deposits. Despite the natural resources, Guinea's economy has deteriorated over the years and now its population is among the world's poorest.

Guinea has never had a democratic transfer of power. Conte took power in a 1984 military coup from Guinea's first president, Ahmed Sekou Toure.

A state funeral is planned for Conte on Friday, according to the Agence France-Presse.

Cited in Rio Tinto PLC v Vale SA 14Civ3042 Decided 12/17/14
Archived on 12/29/14
This document is protected by copyright.
Further reproduction is prohibited without permission.



SHARE ON FACEBOOK   SHARE ON TWITTER

WATCH   LISTEN

ABOUT Hari Sreenivasan

SUPPORT FOR PBS NEWSHOUR PROVIDED BY

CAMARA | CONTE | GUINEA | MILITARY COUP

Content blocked by your organization

Reason:   This Websense category is filtered: YouTube.
URL:      http://www.youtube.com/embed/videoseries

Options:  Click more information to learn more about your access policy.
          Click Go Back or use the browser's Back button to return to the previous page.   Go Back

Are you aware of our comment policy?

Comments for this thread are now closed.   ✖

0 Comments   PBS NewsHour                                    Login

**MOST READ**   **MOST DISCUSSED**

1  Return of the debtors' prison? Many still jailed for inability to pay fines

2  The real Indiana Jones on why Western civilization is a bubble

3  Did plunging gas prices boost holiday spending?

4  What will Obama's final two years as president bring?

5  This is why the middle class can't get ahead

Sort by Newest

Share

**RECENT PROGRAMS**
**POLITICS**
**ARTS**
**NATION**
**WORLD**

**ECONOMY**
**SCIENCE**
**HEALTH**
**EDUCATION**
**TEACHERS**

**TV LISTINGS**
**ABOUT US**
**FEEDBACK**
**SUBSCRIPTIONS**
**PRIVACY**
**JOB OPENINGS**

© 1996 - 2014 NewsHour Productions
All Rights Reserved.

Support the kind of journalism done by NewsHour... Become a member of you station.

Cited in Rio Tinto PLC v Vale SA
14Civ3042 Decided 12/17/14
Archived on 12/29/14
This document is protected by copyright.
Further reproduction is prohibited without permission.