# This page can't be displayed

- Make sure the web address http://ldx.doi.org is correct.
- Look for the page with your search engine.
- Refresh the page in a few minutes.

Fix connection problems

Cited in Rio Tinto PLC v Vale SA 14Civ3042 Decided 3/2/15 Archived on 3/10/15 This document is protected by copyright. Further reproduction is prohibited without permission.