**Forbes**

| New Posts +22 posts this hour | Popular America's Youngest Billio | Lists Most Powerful People | Video Forbes 400 Philanthropy |

Search  submit  

15 Stocks to Buy for 2015              Log in | Sign up | Connect          | Help

---

## To investors who want to retire comfortably.

If you have a $500,000 portfolio, download the guide by *Forbes* columnist and money manager Ken Fisher's firm. It's called **"The 15-Minute Retirement Plan."** Even if you have something else in place right now, it still makes sense to request your guide!

Click Here to Download Your Report!                FISHER INVESTMENTS

---

The World's Billionaires »

# #782 Beny Steinmetz                                   ◄ Previous  Next ►

 Share 0   0   Share 2   Submit 0   reddit 0



Real Time Net Worth

## $2.3 Billion

▲ $711 K | 0%

As of 12/29/2014 @ 10:50AM *

+ Follow (31)

Forbes Video



In his battle over Simandou, one of the world's largest untapped iron ore deposits in Guinea, Beny Steinmetz announced plans to sue Global Witness, a George Soros-backed NGO that has accused him of wrongfully obtaining the rights to the West African property. Guinea's first democratically elected president, Alpha Condé, is threatening to reclaim it. Steinmetz acquired the rights from the late dictator Lansana Conté for free, after Conté stripped it from Australian mining giant Rio Tinto. Steinmetz then flipped 51% to

Cited in Rio Tinto PLC v Vale SA 14Civ3042 Decided 12/17/14 Archived on 12/29/14 This document is protected by copyright. Further reproduction is prohibited without permission.

Brazilian mining multinational Vale for $2.5 billion, but he's only collected $500 million. Born and raised in Israel, Steinmetz moved to Belgium in 1978 to run his father's diamond business. He eventually became chairman of Geneva-based Steinmetz Diamond Group.

*Reflects changes since 5pm EST last trading day



# More On Forbes

### Ebola Provides Rio Tinto With A Second Reason To Go Slow in Guinea

Ebola is not the only threat to the fragile economies of West Africa, collapsing commodity prices are adding to uncertainty as mining profits dry up and planned projects are shelved with one project in particular shaping a flash-point for regional discontent.

The Simandou iron ore deposit in the far east of Guinea is a joint venture read »

 Tim Treadgold, Contributor

### The 10 Biggest Retail Stories Of 2014

It's been a banner year for retail news, with big-name CEOs ousted, the Supreme Court weighing in on workers' birth control rights and unprecedented backlash to the notorious Black Friday shopping holiday.
read »

Clare O'Connor, Forbes Staff

### China's High-Flying Xiaomi Raises $1.1 Bln, Lifting Valuation To $45 Bln

Xiaomi of Beijing, the world's No. 3 smartphone vendor in the third quarter, has raised $1.1 billion of fresh capital, increasing its valuation to $45 billion, the company said in announcement today.

The $45 billion figure makes the Chinese company one of the world's most valuable unlisted businesses. The new read »

Russell Flannery, Forbes Staff

### Vatican Bank Joins 100 Nations In FATCA Offshore Account Hunt

FATCA now counts over 100 nations, with even the Pope's Holy See jumping on the IRS offshore tax compliance bandwagon. read »

Robert W. Wood, Contributor

### AirAsia Boss Tony Fernandes Joins Search For Missing Plane

Malaysian airline tycoon rushes to Indonesia read »

### Net Worth Over Time
$4.1 B

### Connections


benjamin Netanyahu
Related by residence country: Israel


Stef Wertheimer & family
Related by residence country: Israel


Israel
Citizen of Israel

+ show more



Cited in Rio Tinto PLC v Vale SA 14Civ3042 Decided 12/17/14
Archived on 12/29/14
This document is protected by copyright. Further reproduction is prohibited without permission.


Naazneen Karmali, Forbes Staff

### From Around the Web


Secret Brain Pill Billionaires Are Using


We Reveal 2014's Top Skin Tighteners


The #1 Worst Exercise for Aging (Stop Doing It)

## From Afrojack To Wu-Tang: My Top Stories Of 2014

With only a few days left in 2014, it's time to take a look back on the year that was. Earlier this month, I brought you my rankings of the winners and losers of the past 12 months. Today, I'm going to take you through a handful of my 2014 stories of which I'm proudest. read »

Zack O'Malley Greenburg, Forbes Staff

## Christmas Delivery Wars: Apple And Zappos Killed, Staples And 'Toys 'R' Us Missed

To see which stores stayed true to their Christmas delivery promises, e-commerce performance analysis startup StellaService performed a stress test on the 40 largest online retailers. read »

Clare O'Connor, Forbes Staff

## Africa's Richest Woman Isabel Dos Santos Withdraws Bid For Portugal Telecom



Africa's richest woman Isabel dos Santos has reportedly withdrawn her $4.5 billion takeover bid for Portugal Telecom SGPS SA, after the Portuguese Securities Market Commission (CMVM) ruled last week that she had to raise the offer price.

According to a report by Reuters, Terra Peregrin, an investment company owned by Dos Santos, said on read »

Mfonobong Nsehe, Contributor

## Investing Legends: Seth Klarman

> "In capital markets, price is set by the most panicked seller at the end of a trading day. Value, which is determined by cash flows and assets, is not. In this environment, the chaos is so extreme, the panic selling so urgent, that there is almost no possibility that sellers are acting on superior information. Indeed, in

### Most Read on Forbes

**NEWS** | People | Places | Companies

**NFL Playoff Scenarios for Week 17**
+149,243 views

**Netflix's Next Original Series Should Be A New 'Avatar' Show**
+65,258 views

**Etihad: We Will Honor The Ridiculously Low Fares We Mistakenly Offered**
+63,184 views

**Android Circuit: Android 5.0.2 Released, Kodak's First Smartphone, Samsung Surrenders Over Services**
+62,033 views

**'Exodus,' 'Maleficent,' And The 'Worst' Films Of 2014**
+52,421 views

+ show more



**SEE ALSO**   AdChoices

» Natural Gas Investments

» Drilling Jobs

» Energy Management Systems

» Alternative Energy Stocks

Cited in Rio Tinto PLC v. Vale SA 14-Cv-3042 Decided 12/17/14
Archived on 12/29/14
This document is protected by copyright. Further reproduction is prohibited without permission.

situation **read »**

» Top 10 Energy Stocks

 Charles Sizemore, Contributor

### Africa's Richest Man Aliko Dangote Loses $7.8 Billion As Naira, Stocks Plunge



Aliko Dangote, Africa's richest man, has lost $6 billion since early November due to a devaluation of the Naira and falling stock prices. **read »**

Mfonobong Nsehe, Contributor

+ Load more

# Inside Forbes



### The Road Map To Riches: FORBES Investment Guide

The new FORBES guide profiles star do-it-yourself investors and provides tips on retirement, taxes, stocks and bonds.


Guinea Leads Worst Countries For Business

Largest American Charities For This Year

The Case Against ACA: New FORBES E-Book


Real-Time Billionaires



Forbes    BUSINESS    INVESTING    TECHNOLOGY    ENTREPRENEURS    OP/ED    LEADERSHIP    LIFESTYLE    LISTS

**Conferences**
Forbes Under 30 Summit
Forbes Global CEO Conference
Forbes CIO Summit

**Education**
Forbes School of Business at Ashford University

**Products**
Forbes eBooks
Forbes Newsfeeds
Reprints & Permissions

Cited in Rio Tinto PLC v Vale SA
14CV3042 Decided 12/17/14
Archived on 12/29/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

- Forbes CMO Summit
- Forbes Reinventing America: Innovation Summit
- Forbes Healthcare Summit
- Forbes Reinventing America Summit
- Forbes Reinventing America: AgTech Summit

### Newsletters

- Forbes Investor
- Special Situation Survey
- Forbes Dividend Investor
- Forbes Premium Income Report
- Investing Newsletters

### Company Info

- Advertise
- Forbes Press Room
- Forbes Careers
- Contact Us
- Sitemap
- Help

| 2 Free Issues | Subscriber Services | Gift Subscription |

- Forbes China
- Forbes India
- Forbes Israel
- Forbes Mexico
- Forbes Middle East
- Forbes Poland
- Forbes Romania
- Forbes Russia
- Forbes Spain
- RealClear
- RealClear Politics
- RealClear Markets
- RealClear World
- RealClear Sports

2014 Forbes.com LLC™   All Rights Reserved

Cited in Rio Tinto PLC v Vale SA
14Civ3042 Decided 12/17/14
Archived on 12/29/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

| Terms and Conditions | Privacy Statement | Market Data by Morningstar | AdChoices |