# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RIO TINTO PLC,                                        :         14 Civ. 3042 (RMB)(AJP)

         Plaintiff,                                           :

  -against-                                              :         <u>ORDER</u>

                                                           :

VALE S.A., et al.                                     :

         Defendants.                                       :

                                                           :
------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

        Vale's letter application (2/1/16 letter) to be permitted to use certain documents produced by Mr. Thiam (Appendix A to the 2/1/16 letter) in the LCIA arbitration is <u>GRANTED</u>.

        SO ORDERED.

Dated:    New York, New York
         February 1, 2016

                                                      _____
                                                    **Andrew J. Peck**
                                                    United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                        Judge Berman