# EXHIBIT B

# Confidential Exhibit
# Filed Separately Under Seal