# EXHIBIT F

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | CITY PLACE HOUSE | ROME |
| WASHINGTON, DC | 55 BASINGHALL STREET | MILAN |
| PARIS | LONDON EC2V 5EH | HONG KONG |
| BRUSSELS | 020-7614-2200 | BEIJING |
| FRANKFURT | FACSIMILE 020-7600-1698 | BUENOS AIRES |
| COLOGNE | WWW.CLEARYGOTTLIEB.COM | SÃO PAULO |
| MOSCOW | | ABU DHABI |
| | | SEOUL |

Writer's Direct Dial: +1 (212) 225-2490
E-Mail: jblackman@cgsh.com

January 27, 2016

BY EMAIL

Paul Summit
Sullivan & Worcester LLP
1 Post Office Square
Boston, MA 02109

   Re: Rio Tinto PLC v. Vale S.A. et al., C.A. No. 14-3042 (RMB) (AJP)
     (S.D.N.Y.)

Dear Paul:

   I am writing to respond briefly to your letter of January 26, 2016. As to the first point, we obviously disagree on the interpretation of the Protective Order. The Protective Order refers to the dismissal of all claims "with prejudice"; Judge Berman did not dismiss the purported state law claims with prejudice, and under CPLR 205(a), Rio Tinto potentially has six months from the date of Judge Berman's decision to commence an action on those claims in New York state court, which Sue Prevezer told Master Leslie in the U.K. proceedings that Rio Tinto was considering doing. Both of our clients obviously would prefer to avoid another round in state court, but until the deadline for Rio Tinto to commence such action passes, it would be irresponsible simply to discard the results of the discovery taken in this federal action before its dismissal – and the Protective Order does not require that we do so.

   As to our request to use the documents that Mr. Thiam designated at confidential, for the limited purpose of the LCIA arbitration, I can only say that it is Mr. Thiam who chose to involve himself in that arbitration by submitting an extensive witness statement that refers to matters directly implicated by his "private, confidential [financial] information". There is no logical reason why, having produced this information in the U.S. lawsuit, Mr. Thiam should not agree to its use in the arbitration, under what are even more stringent confidentiality protections (where, *e.g.*, unlike in a U.S. lawsuit, there is no possibility of its ever being used in open court

CLEARY GOTTLIEB STEEN & HAMILTON LLP IS A LIMITED LIABILITY PARTNERSHIP REGISTERED IN ENGLAND AND WALES NUMBER OC310280. IT IS AUTHORISED AND REGULATED BY THE SOLICITORS REGULATION AUTHORITY. A LIST OF THE MEMBERS AND THEIR PROFESSIONAL QUALIFICATIONS IS OPEN TO INSPECTION AT THE REGISTERED OFFICE, CITY PLACE HOUSE, 55 BASINGHALL STREET, LONDON EC2V 5EH. CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.

Paul Summit, p. 2

in a trial).

        Let me know if you think any compromise is possible on this issue; otherwise, we will ask Judge Peck for a limited modification of the Stipulated Protective Order for this purpose.

        Yours sincerely,

Jonathan I. Blackman