# EXHIBIT G

Mishcon de Reya

Our Ref:      JLL/KD/KC/40252.8

Your Ref:

Africa House
70 Kingsway
London WC2B 6AH
DX 37954 Kingsway

**STRICTLY PRIVATE & CONFIDENTIAL**

www.mishcon.com

FAO: Paul Summit
Sullivan & Worcester LLP
1 Post Office Square
Boston
MA 02109
United States

27 October 2015

**BY E-MAIL (PSUMMIT@SANDW.COM)**

Dear Sirs

**Vale S.A. v BSG Resources Limited (LCIA Arb No.142683)**
**Your client: Mr Mahmoud Thiam**



Mishcon de Reya is a limited liability
partnership, registered in England and
Wales and authorised and regulated by
the Solicitors Regulation Authority, SRA
number 624547.

28606784.1
Switchboard:  +44 20 3321 7000        London:      Mishcon de Reya LLP
Main Fax:     +44 20 7404 5982        New York:    Mishcon de Reya New York LLP



Mishcon de Reya LLP

Mishcon de Reya LLP

Direct Tel:    +44 20 3321 7132
Direct Fax:    +44 20 3761 1846
E-mail:        james.libson@mishcon.com



